UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SATYAM COMPUTER SERVICES LTD.<br>SECURITIES LITIGATION<br><br>This document applies to: All Cases | 09 MD 2027 (BSJ)<br>(Consolidated Action)<br>ECF Case<br><br>**NOTICE OF MOTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Jayant W. Tambe, executed on September 17, 2009, the accompanying Consent to Substitution of Counsel on Consent for Defendant Satyam Computer Services Ltd. (n/k/a Mahindra Satyam) ("Satyam"), and the pleadings herein, Defendant Satyam respectfully moves this Court, before Hon. Barbara S. Jones, United States District Judge, for an order pursuant to Local Civil Rule 1.4 granting Defendant Satyam's motion to substitute as its counsel and attorney of record in this matter JONES DAY in the place and stead of WACHTELL, LIPTON, ROSEN & KATZ. Should the motion be granted, all papers in this matter should henceforth be served upon JONES DAY at the address listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 17, 2009

                    JONES DAY

By: /s/ Jayant W. Tambe
    Jayant W. Tambe
    Geoffrey S. Stewart
    David L. Carden
    Laura W. Sawyer
    Mahesh Venkatakrishnan
    JONES DAY
    222 E. 41st Street
    New York, NY 10017
    Telephone: (212) 326-3939
    Facsimile: (212) 765-7306
    JTambe@jonesday.com
    GStewart@jonesday.com
    DLCarden@jonesday.com
    LWSawyer@jonesday.com
    MVParlikad@jonesday.com

**Attorneys for Defendant Satyam Computer Services Ltd.**

Dated: New York, New York
September 18, 2009

         WACHTELL, LIPTON, ROSEN & KATZ

         By: *Warren R. Stern* pp. RAM
         Warren R. Stern
         George T. Conway, III
         Michael Steven Winograd
         51 West 52nd Street
         New York, NY 10019
         Telephone: (212) 403-1000
         Facsimile: (212) 403-2000
         WRStern@wlrk.com
         GTConway@wlrk.com
         MSWinograd@wlrk.com

         **Prior Attorneys for Defendant**
         **Satyam Computer Services Ltd.**

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2009, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: September 18, 2009
New York, New York

By: /s/ Jayant W. Tambe
Jayant W. Tambe
JONES DAY
222 E. 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 765-7306
JTambe@jonesday.com

**Attorney for Defendant Satyam Computer Services Ltd.**

**Prior Attorneys for Defendant Mahindra Satyam:**
Warren R. Stern
George T. Conway, III
Michael Steven Winograd
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York , NY 10019
Tel: (212) 403-1000

**Attorneys for Defendants:**
Stanley J. Parzen
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Il 60606
Tel: (312) 782-0600

Fraser L. Hunter
WILMERHALE
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800

Irwin H. Warren
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000

Gordon C. Atkinson
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2088

**Attorneys for Plaintiffs:**
Jay W. Eisenhofer
Keith M. Fleischman
Deborah A. Elman
GRANT & EISENHOFER P.A.
485 Lexington Ave 29th Floor
New York, New York 10017
Tel: (646) 722-8500

Max W. Berger
Steven B. Singer
Noam Mandel
Michael Petrusic

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400

David Kessler
Sean M. Handler
Sharan Nirmul
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

Lawrence A. Sucharow
Christopher J. Keller
Louis Gottlieb
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

Thomas J. McKenna
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Tel: (212) 983-1300