UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

This document applies to: All Cases.

09 MD 2027 (BSJ)
(Consolidated Action)
ECF Case

**CONSENT TO SUBSTITUTION OF COUNSEL ON CONSENT FOR DEFENDANT SATYAM COMPUTER SERVICES LTD.**

We, the undersigned, hereby consent and agree that Jones Day, with offices at 222 E. 41st Street, New York, NY 10016, substitute for Wachtell, Lipton, Rosen & Katz ("Wachtell") as counsel and attorneys of record for Defendant Satyam Computer Services Ltd. (n/k/a Mahindra Satyam) in the above-captioned matter.

This Consent may be executed by the parties in counterparts. A facsimile copy of this Consent shall be deemed the same as the original.

Dated: September 17, 2009
New York, New York

By: /s/ Jayant W. Tambe
Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
Mahesh Venkatakrishnan
Jones Day
222 E. 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 765-7306
JTambe@jonesday.com
GStewart@jonesday.com
DLCarden@jonesday.com
LWSawyer@jonesday.com
MVParlikad@jonesday.com

Dated: September 17, 2009
New York, New York

By: _____
Vineet Nayyar, Executive Vice Chairman
Mahindra Satyam
Satyam Technology Center
Survey No.62/1A, Qutubullapaur Mandal
Bahadurpally Village, RR Dist
Hyderabad-500043
India
Telephone: + 91-40-3063-3535
Facsimile: + 91-40-2309-7515
VNayyar@techmahindra.com

Dated: September 17, 2009
New York, New York

By: _____
Warren R. Stern
George T. Conway, III
Michael Steven Winograd
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
WRStern@wlrk.com
GTConway@wlrk.com
MSWinograd@wlrk.com