UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

In re:

SATYAM COMPUTER SERVICES LTD.            09 MD 2027 (BSJ)
SECURITIES LITIGATION


This document relates to: All Cases

———————————————————————x

## CORPORATE DISCLOSURE STATEMENT

COMES NOW defendant PricewaterhouseCoopers International Limited ("PwCIL"), pursuant to Fed. R. Civ. P. 7.1, and files its Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation. PwCIL states as follows:

1. PwCIL is not a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock.

DATED: New York, New York
       November 9, 2009            Respectfully submitted,

                                   MAYER BROWN LLP

                                   By: _____
                                        Mauricio A. España, Esq.

                                   1675 Broadway
                                   New York, New York 10019
                                   Tel.: (212) 506-2500

                                   *Attorneys for Defendant PricewaterhouseCoopers International Limited*