USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Applies to: All Cases

09 MD 2027 (BSJ)
(Consolidated Action)

This matter having been brought before the Court by Defendant PricewaterhouseCoopers International Limited ("PwCIL"), through its counsel, by motion pursuant to Local Rule 1.3(c) for an order admitting Stanley J. Parzen and Michele L. Odorizzi to the bar of this Court *pro hac vice*, the Court being fully advised and notice to all parties given, it is hereby,

ORDERED that Stanley J. Parzen and Michele L. Odorizzi are hereby admitted to this Court *pro hac vice* for the purpose of acting as counsel to PwCIL, and for all purposes related to the above-captioned case, and shall abide by the provisions of the Local Rules of this Court and be subject to the disciplinary jurisdiction of the Court pursuant to Local Rule 1.5.

_____, USDJ
The Honorable Barbara S. Jones

11-12-09

17601425