UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x
In re:                                          )    09 MD 2027 (BSJ)
                                                )
SATYAM COMPUTER SERVICES LTD.                   )    (Consolidated Action)
SECURITIES LITIGATION                           )
                                                )    ECF Case

―――――――――――――――――――――――――――――x


## NOTICE OF MOTION TO DISMISS


TO ALL PARTIES AND ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Krishna G. Palepu's Motion to Dismiss the Consolidated Class Action Complaint and the Declaration of Aaron M. Tidman (and exhibits thereto), filed November 16, 2009, the undersigned attorneys for Defendant Krishna G. Palepu move this Court, before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an Order dismissing the claims against Dr. Palepu in the Consolidated Class Action Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Dated:  New York, New York
 November 16, 2009

                                  DEBEVOISE & PLIMPTON LLP

                                  By:

                                **/s/ Jeffrey S. Jacobson**
                                     Jeffrey S. Jacobson

                                DEBEVOISE & PLIMPTON LLP
                                919 Third Avenue
                                New York, NY 10022
                                (212) 909-6000 (phone)
                                (212) 909-6386 (fax)

                                Colby A. Smith
                                Aaron M. Tidman
                                DEBEVOISE & PLIMPTON LLP
                                555 13th Street, N.W.
                                Washington, DC 20004
                                (202) 383-8000 (phone)
                                (202) 383-8118 (fax)

                                *Attorneys for Defendant*
                                *Krishna G. Palepu*