# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

IRWIN H. WARREN
DIRECT LINE (212) 310-8646
E-MAIL: irwin.warren@weil.com

November 13, 2009

**BY FACSIMILE**

Hon. Barbara S. Jones
United States District Court Judge
Southern District of New York
United States Courthouse
Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

Re: **In re: Satyam Computer Services Ltd. Securities Litig., 09 MD 2027 (BSJ)**

Dear Judge Jones:

This firm represents five of the seven individuals who formerly served as members of the Board of Directors of Satyam Computer Services Ltd. ("Satyam") and who are named as defendants in the above-referenced action (collectively, the "Directors"): Mangalam Srinivasan; Ram Mynampati; M. Rammohan Rao; T.R. Prasad; and V.S. Raju. Two additional Directors -- Krishna G. Palepu and Vinod K. Dham -- are represented by Debevoise & Plimpton LLP and Cooley, Godward Kronish LLP, respectively. I am writing on behalf of all of the Directors' counsel.

The three firms representing the Directors each intend to file, on Monday, November 16, motions to dismiss, pursuant to Rule 12(b)(6) and the Private Securities Litigation Reform Act; and we are coordinating our briefing, in an effort to minimize the amount of repetition and incorporation by reference of arguments in the supporting memoranda of law. However, given the numerous allegations, issues and causes of action (under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Sections 11, 12 and 15 of the Securities Act of 1933) that are raised in the 120-page

**WEIL, GOTSHAL & MANGES LLP**

Hon. Barbara S. Jones
November 13, 2009
Page 2

Consolidated Class Action Complaint with respect to the Directors (as well as the many other defendants), it has become apparent that the brief we intend to file on behalf of our clients -- which will be the main brief with respect to all claims against all of the Directors -- will need to exceed the Court's 25 page limit. Under the circumstances, we respectfully request leave to submit an oversize brief, not in excess of 35 pages, in support of such motion. (We note that three of the Directors who are residents of India will be moving to dismiss pursuant to Rule 12(b)(5), for insufficiency of service: they will be submitting a short memorandum of law addressing only that issue, and in the alternative, simply adopting the main brief in seeking dismissal on the merits.)

We have spoken with Plaintiffs' counsel, and they do not oppose this request.

Thank you for your consideration of this application.

Respectfully submitted,

*Irwin H. Warren*
Irwin H. Warren

cc: Jay W. Eisenhofer, Esq. (by facsimile)
Steven B. Singer, Esq. (by facsimile)
David Kessler, Esq. (by facsimile)
Lawrence A. Sucharow, Esq. (by facsimile)
David L. Carden, Esq. (by facsimile)
Stanley J. Parzen, Esq. (by facsimile)
Fraser L. Hunter, Esq. (by facsimile)
Gordon C. Atkinson, Esq. (by facsimile)
Jeffrey S. Jacobson, Esq. (by facsimile)

*Application granted.*

**SO ORDERED**
Dated: 11-16-09
BARBARA S. JONES
U.S.D.J.

US_ACTIVE:\43223485\01\75137.0003