Jones/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

09 MD 2027 (BSJ)

STIPULATION AND ORDER

(Consolidated Action)
ECF Case

It is hereby stipulated that the time for defendant Maytas Infra Limited ("MIL") to respond to the consolidated class action complaint (the "Complaint") is extended from November 16, 2009 to December 16, 2009. If MIL moves with respect to the Complaint by that date, opposition papers to any such motion will be due by January 15, 2010 and reply papers will be due by February 5, 2010.

GRANT & EISENHOFER P.A.

_K. Fleisch___ (dae)_

Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

_S. Singer___ (dae)_

Max W. Berger
Steven B. Singer
Noam Mandel
Michael Petrusic
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Faxs: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/09

| | |
|---|---|
| BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP | LABATON SUCHAROW LLP |
| *D. Kessler* (dac) | *L. Gottlieb* (dac) |
| David Kessler<br>Sean M. Handler<br>Sharan Nirmul<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 | Lawrence A. Sucharow<br>Christopher J. Keller<br>Louis Gottlieb<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477 |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| JONES DAY<br>*Tambe* (cbc) | MAYER BROWN LLP<br>*S. Parzen* (cbc) |
| Jayant W. Tambe<br>222 E. 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 765-7306 | Stanley J. Parzen<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711 |
| *Counsel for Defendant SatyamComputer Services Ltd.* | *Counsel for Defendant Pricewaterhouse Coopers International Limited* |
| WILMERHALE<br>*F. Hunter* (cbc) | WEIL, GOTSCHAL & MANGES, LLP<br>*J. Warren* (cbc) |
| Fraser L. Hunter<br>Charu A. Chandrasekhar<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888 | Irwin H. Warren<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007 |
| *Counsel for Defendants PricewaterhouseCoopers Private Limited, Price Waterhouse and Lovelock & Lewes* | *Counsel for Defendants Mangalam Srinivasan and Ram Mynampati* |

DEBEVOISE & PLIMPTON LLP

/s/ Jeffrey S. Jacobson (cbc)

Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

*Counsel for Defendant Krishna G. Palepu*

COOLEY GODWARD KRONSH LLP

/s/ Gordon C. Atkinson (cbc)

Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

BAKER & McKENZIE LLP

/s/ Charles Cummings

Charles Cummings (CC 0438)
1114 Avenue of the Americas
New York, NY 10036

*Counsel for Maytas Infra Limited*

SO ORDERED:

/s/ Barbara S. Jones

Hon. Barbara S. Jones
United States District Judge

11-16-09