# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SATYAM COMPUTER SERVICES LTD., SECURITIES LITIGATION** | No. 09 MD 2027 (BSJ) <br> (Consolidated Action) <br> ECF Case |

## NOTICE OF MOTION TO DISMISS

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Vinod K. Dham's Motion to Dismiss the Consolidated Class Action Complaint, filed November 16, 2009, the undersigned attorneys for Defendant Vinod K. Dham move this Court, before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an Order dismissing the claims against Vinod K. Dham in the Consolidated Class Action Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Dated: San Francisco, California  COOLEY GODWARD KRONISH LLP
       November 17, 2009  GORDON C. ATKINSON (GA-8337)


By: /s/ Gordon C. Atkinson
    Gordon C. Atkinson (GA-8337))
    Cooley Godward Kronish LLP
    101 California Street, 5th Floor
    San Francisco, CA 94111
    Telephone: (415) 693-2000
    Facsimile: (415) 693-2000
    E-mail: atkinsongc@cooley.com

Attorneys for Defendant
VINOD K. DHAM