UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Relates to: All Cases

------------------------------------------------------------X

No. 1:09-MD-2027 (BSJ)

(Consolidated Action)

ECF Filed

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of

Baker & McKenzie LLP withdraws as counsel for defendant Maytas Infra Limited, and the law

firm of White & Case LLP shall appear as counsel for Maytas Infra Limited.

Dated: December 8, 2009
New York, New York

WHITE & CASE LLP

By: _____
Glenn M. Kurtz (GK6272)
Douglas P. Baumstein (DB1948)
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: 212-819-8200
Facsimile: 212-354-8113
gkurtz@whitecase.com

*Successor Attorneys for defendant
Maytas Infra Limited*

BAKER & McKENZIE LLP

By: _____
Charles Cummings (CC0438)
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212-626-4100
Facsimile: 212-310-1600
charles.b.cummings@bakernet.com

*Withdrawing Attorneys for defendant
Maytas Infra Limited*

SO ORDERED

*[signature]*
United States District Judge
12/8/09