| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444 | **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501 |
| **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 | **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477 |

*Counsel for Lead Plaintiffs*

January 19, 2010

**VIA FACSIMILE**

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 18B
New York, New York 10007



Re:   *In re Satyam Computer Services Ltd. Sec. Litig.*
      No. 09-MD-02027 (BSJ)

Dear Judge Jones:

On behalf of Mineworkers' Pension Scheme, Mississippi Public Employees' Retirement System, Sampension KP Livsforsikring A/S, and SKAGEN AS, Lead Plaintiffs in the above-referenced matter, we respectfully request relief from Rule 2.B of Your Honor's Individual Practices limiting the length of opposition briefs. Specifically, as set forth below, Lead Plaintiffs ask the Court's permission to file, in opposition to multiple moving briefs totaling over 185 pages, one omnibus opposition brief concerning motions to dismiss under Rule 12(b)(1) and the doctrine of *forum non conveniens* of no more than 50 pages, and one omnibus Rule 12(b)(2) and 12(b)(6) opposition brief of no more than 100 pages addressing defendants' remaining arguments.

As background, between November 9 and December 16, 2009, defendants Satyam Computer Services Ltd., PricewaterhouseCoopers International Ltd., PricewaterhouseCoopers

The Honorable Barbara S. Jones
January 19, 2010
Page 2

Private Ltd., Price Waterhouse, Lovelock & Lewes, Maytas Infra Limited, Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad, V.S. Raju, Krishna G. Palepu and Vinod K. Dham, filed nine memoranda of law accompanied by declarations and exhibits in support of their respective Motions to Dismiss (Docket Nos. 52-55, 58, 60, 66, 68, 70-74, 86-87, 89-90, 92-93, 97 and 105-107). Cumulatively, these defendants' briefing is 185 pages in length, exclusive of voluminous declarations and exhibits. Collectively, these motions set forth arguments seeking dismissal under Rule 12(b)(1), 12(b)(2), and 12(b)(6), as well as under the doctrine of *forum non conveniens*.

Given the number of motions and the overlapping nature of many of the arguments presented by the defendants, Lead Plaintiffs respectfully submit that filing two discrete omnibus opposition briefs is the most practical and efficient way to proceed. Lead Plaintiffs therefore respectfully request leave to file an omnibus opposition brief of no more than 50 pages addressing the motions to dismiss under Rule 12(b)(1) and *forum non conveniens*, and an omnibus brief of no more than 100 pages addressing defendants' Rule 12(b)(2) and 12(b)(6) motions.

We have contacted counsel for all moving defendants and they do not oppose this request.

The operative Stipulation and Order (Docket No. 103) requires Lead Plaintiffs to respond to these motions by January 22, 2009. Given that deadline, we thank you in advance for your prompt consideration of this application.

Respectfully submitted,

GRANT & EISENHOFER P.A.

*/s/ Keith Fleischman*
Keith Fleischman

cc: All counsel on attached service list

*Application granted.*

SO ORDERED
Date: /s/ Barbara S. Jones
         BARBARA S. JONES
         U.S.D.J.
1-22-10

|  |  |
|---|---|
|  | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP <br> Max W. Berger <br> Steven B. Singer <br> Noam Mandel <br> Michael Petrusic <br> 1285 Avenue of the Americas, 38th Floor <br> New York, NY 10019 <br> Tel: (212) 554-1400 <br> Fax: (212) 554-1444 <br><br> *Co-Lead Counsel for Plaintiffs* |
| BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP <br> David Kessler <br> Sean M. Handler <br> Sharan Nirmul <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Tel: (610) 667-7706 <br> Fax: (610) 667-7056 <br><br> *Co-Lead Counsel for Plaintiffs* <br><br> GAINEY & McKENNA <br> Thomas J. McKenna <br> 295 Madison Avenue, 4th Floor <br> New York, New York 10017 <br> Tel: (212) 983-1300 <br> Fax: (212) 983-0383 <br><br> *Counsel for Plaintiff Brian Adams* | LABATON SUCHAROW LLP <br> Lawrence A. Sucharow <br> Christopher J. Keller <br> Louis Gottlieb <br> 140 Broadway <br> New York, NY 10005 <br> Tel: (212) 907-0700 <br> Fax: (212) 818-0477 <br><br> *Co-Lead Counsel for Plaintiffs* |
| JONES DAY <br> Jayant W. Tambe <br> David L. Carden <br> 222 E. 41st Street <br> New York, NY 10017 <br> Tel: (212) 326-3939 <br> Fax: (212) 765-7306 <br><br> *Counsel for Defendant Satyam Computer Services Ltd.* | MAYER BROWN LLP <br> Stanley J. Parzen <br> Michele Odorizzi <br> 71 S. Wacker Drive <br> Chicago, IL 60606 <br> Tel: (312) 782-0600 <br> Fax: (312) 701-7711 <br><br> *Counsel for Defendant PwC Int'l* |

WILMERHALE
Fraser L. Hunter
Charu Chandrasekhar
Brian Sutherland
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendants PwC Pvt. Ltd., Price Waterhouse, and Lovelock & Lewes*

DEBEVOISE & PLIMPTON LLP
Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Counsel for Defendant Krishna G. Palepu*

WHITE & CASE LLP
Glenn M. Kurtz
Douglas P. Baumstein
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Counsel for Defendant Maytas Infra Ltd*

WEIL, GOTSHAL & MANGES, LLP
Irwin H. Warren
Miranda Schiller
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, M. Rammohan Rao, T.R. Prasad, V.S. Raju, and Ram Mynampati*

COOLEY GODWARD KRONISH LLP
Gordon C. Atkinson
John C. Dwyer
Laura Grossfield Birger
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

Sundari R Pisupati
#100/1, Ravi Chambers, Kavuri Hills
Madhapur, Hyderabad - 500 033
Andhra Pradesh, INDIA
Tel: 91 4040305000
Fax: 91 4040305005

*Counsel for Defendant Byrraju Ramalinga Raju*

P. Raviprasad
#100/1, Ravi Chambers, Kavuri Hills
Madhapur, Hyderabad - 500 033
Andhra Pradesh, INDIA
Tel: 91 4040305000
Fax: 91 4040305005

*Counsel for Defendant Srinivas Vadlamani*

Byrraju Rama Raju Jr.
#6-3-1 186/5/A, 3''' Floor,
Amogh Plaza, Begumpet,
Hyderabad 500016
Andhra Pradesh, INDIA
Tel: 91 40 40409333
Fax: 91 40 23401107
Email: rama_raju@maytas.in

*Representing himself*

Minakshi Shukla
#100/1, Ravi Chambers, Kavuri Hills
Madhapur, Hyderabad - 500 033
Andhra Pradesh, INDIA
Tel: 91 4040305000
Fax: 91 4040305005

*Counsel for Defendant Byrraju Rama Raju*

Byrraju Teja Raju
Flat no C2
Trendset Vantage Apartments
Road 14
Banjara Hills 500033
Tel: 91 40 23550606
Fax: 91 40 40305005
Email: tejaraju@gmail.com

*Representing himself, Defendant Byrraju Teja Raju*

MAYTAS PROPERTIES LIMITED
c/o Byrraju Rama Raju Jr.
Vice Chairman
#6-3-11 86/5/A, 3rd Floor,
Amogh Plaza, Begumpet,
Hyderabad 500 016
Andhra Pradesh, INDIA
Tel: 91 40 40409333
Fax: 91 40 23401107
Email: rama_raju@maytas.in

*Representing Maytas Properties Ltd*