UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>ALL CASES. | Lead Case No.: 09 MD 2027 (BSJ)<br>(Consolidated Action)<br><br>MOTION OF KATHERINE C. DEN BLEYKER FOR LEAVE TO WITHDRAW APPEARANCE<br><br>*Filed Electronically* |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Katherine C. Den Bleyker, formerly of the law firm Glancy Binkow & Goldberg LLP, hereby moves the Court for an order permitting her withdrawal as counsel of record for Satyam Investor Group in the above-captioned action. A Rule 1.4 declaration is submitted herewith. Class member/plaintiffs will hereafter be represented by Court-appointed co-lead counsel, Grant and Eisenhofer P.A., Bernstein Litowitz Berger & Grossman LLP, Barrow Topaz Kessler & Check LLP and Labaton Sucharow LLP.

Dated: April 13, 2010

Respectfully submitted,

/s/ Katherine C. Den Bleyker

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

*Co-Counsel for class members/plaintiff Satyam Investor Group*

**PROOF OF SERVICE BY ELECTRONIC POSTING
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 13, 2010, I caused to be filed the following documents by posting such documents electronically to the ECF website of the United States District Court for the Southern District of New York:

**MOTION OF KATHERINE C. DEN BLEYKER FOR LEAVE TO WITHDRAW APPEARANCE**

and, served upon the following ECF-registered parties:

**SEE ATTACHED SERVICE LIST**

and, by US mail to all known non-ECF registered parties:

**SEE ATTACHED SERVICE LIST**.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2010, at Los Angeles, California.

*S/Katherine C. Den Bleyker*
Katherine C. Den Bleyker

# Mailing Information for a Case 1:09-md-02027-BSJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gordon C. Atkinson**
  atkinsongc@cooley.com,zughayerte@cooley.com

- **Douglas P. Baumstein**
  dbaumstein@whitecase.com

- **Charu Ambat Chandrasekhar**
  charu.chandrasekhar@wilmerhale.com

- **Thomas George Ciarlone , Jr**
  tciarlone@lawssb.com

- **George T Conway , III**
  GTConway@wlrk.com,CAlert@wlrk.com

- **Alan Ian Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com

- **Mauricio Alejandro Espana**
  mespana@mayerbrown.com,jmarsala@mayerbrown.com

- **Stephen John Fearon , Jr**
  stephen@sfclasslaw.com

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Keith Martin Fleischman**
  kfleischman@gelaw.com,mthomas@gelaw.com

- **Joseph Gentile**
  joseph@sarrafgentile.com

- **Louis Gottlieb**
  lgottlieb@labaton.com,glewis@labaton.com,electroniccasefiling@labaton.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Sean M. Handler**
  ecf_filings@btkmc.com

- **Robert I. Harwood**
  rharwood@hfesq.com

- **Benjamin Jay Hinerfeld**
  bhinerfeld@btkmc.com

- **Fraser Lee Hunter , Jr**
  fraser.hunter@wilmer.com

- **Jeffrey S. Jacobson**
  jsjacobs@debevoise.com,mao-ecf@debevoise.com

- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com,ElectronicCaseFiling@labaton.com

- **David Kessler**
  dkessler@btkmc.com

- **Glenn Kurtz**
  gkurtz@whitecase.com,khaviv@whitecase.com,mcosdny@whitecase.com,jdisanti@whitecase.com

- **Thomas James McKenna**
  tjmlaw2001@yahoo.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com,bgoldman@cpmlegal.com

- **Christopher L. Nelson**
  cnelson@btkmc.com

- **Sharan Nirmul**
  snirmul@btkmc.com,jdancona@btkmc.com,ahankins@btkmc.com,dcheck@btkmc.com,mswift@btkmc.com

- **Michele Odorizzi**
  modorizzi@mayerbrownrowe.com

- **Stanley J. Parzen**
  sparzen@mayerbrown.com

- **Michael Petrusic**
  michaelp@blbglaw.com

- **Samuel Kenneth Rosen**
  srosen@hfesq.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Rohit Sabharwal**
  sabilaw@aol.com

- **Ronen Sarraf**
  ronen@sarrafgentile.com

- **Laura W. Sawyer**
  lwsawyer@jonesday.com,dpjacobson@jonesday.com,tesolomon@JonesDay.com

- **Steven B. Singer**
  steven@blbglaw.com

- **Warren R. Stern**
  wrstern@wlrk.com,CAlert@wlrk.com

- **Murielle Jacqueline Steven**
  mjsteven@pomlaw.com,lpvega@pomlaw.com

- **Ralph M. Stone**
  rstone@lawssb.com

- **Stefanie Jill Sundel**
  ssundel@labaton.com,electroniccasefiling@labaton.com

- **Jayant W. Tambe**
  jtambe@jonesday.com,mvparlikad@jonesday.com

- **Catherine A. Torell**
  ctorell@cohenmilstein.com

- **Antonio Vozzolo**
  avozzolo@faruqilaw.com

- **Irwin Howard Warren**

Margarita.Platkov@weil.com,evert.christensen@weil.com,MCO.ECF@weil.com,irwin.warren@weil.com

- **Michael Stephen Winograd**
  mwinograd@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Brian F Adams**
,

**Darren J. Check**
Barroway Topaz Kessler Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

**Joseph W. Cotchett**
Cotchett, Pitre & Simon
San Francisco Airport Office Center
840 Malcolm Rd.
Burlingame, CA 94010

**Joshua E. D'Ancona**
Barroway Topaz Kessler Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

**Dana S. Douglas**
Mayer Brown LLP (Chicago)
71 South Wacker Drive
Chicago, IL 60606

**Nicole Lutes Fuentes**
Cooley Godward Kronish LLP (CA)
101 California Street, 5th Floor
San Francisco, CA 94111

**Brian J. Massengill**
Mayer Brown LLP (Chicago)
71 South Wacker Drive
Chicago, IL 60606

**Gerald S. Ohn**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Mary Sikra Thomas**
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017