UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Applies to: 10 Civ. 2877 (BSJ)

---------------------------------------------------------------x

09 MD 2027 (BSJ)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all of the pleadings and proceedings heretofore had herein, the undersigned attorneys for Defendant PricewaterhouseCoopers International Limited ("PwCIL") will move before the United States District Court for the Southern District of New York, before the Honorable Barbara S. Jones for an order pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements of the Private Securities Litigation Reform Act, dismissing Counts I, III, and V-VII of the First Amended Complaint and for such other and further relief as this Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule established by the Court, answering papers shall be served on the undersigned by June 7, 2010 and reply papers shall be served by June 17, 2010.

Dated: May 20, 2010
New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: ______________________
Mauricio A. España

1675 Broadway
New York, New York 10019
(212) 506-2500

Stanley J. Parzen (admitted *pro hac vice)*
Michele Odorizzi (admitted *pro hac vice)*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorneys for Defendant PricewaterhouseCoopers International Limited*