**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION**

**This document applies to: 10 Civ. 02877 (BSJ)**

**09 MD 2027 (BSJ)**
**(Consolidated Action)**
**ECF Case**

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Laura W. Sawyer (and exhibits thereto), the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, and any other submissions that shall be made in support of this motion, Defendant Satyam Computer Services Ltd., by its undersigned counsel, makes a motion before this Court before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and the doctrine of *forum non conveniens*: :

(i) dismissing the Complaint in its entirety or in part, with prejudice; and

(ii) granting such other further relief as the Court deems just and proper.

The basis for this motion is set forth in the accompanying Memorandum of Law, Declaration and attached exhibits, and Defendant's previous submissions to the Court in connection with the above-captioned consolidated action.

Dated: New York, New York
May 20, 2010

JONES DAY

By:/s/ Mahesh Venkatakrishnan

Geoffrey S. Stewart
Jayant W. Tambe
David L. Carden
Laura W. Sawyer
Mahesh Venkatakrishnan
JONES DAY
222 E. 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 765-7306
GStewart@jonesday.com
JTambe@jonesday.com
DLCarden@jonesday.com
LWSawyer@jonesday.com

*Attorneys for Defendant Satyam Computer Services Ltd.*

## CERTIFICATE OF SERVICE

I, Mahesh Venkatakrishnan, hereby certify that on May 20, 2010, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: May 20, 2010
New York, New York

By: /s/ Mahesh Venkatakrishnan

Mahesh Venkatakrishnan
JONES DAY
222 E. 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 765-7306
mvparlikad@jonesday.com

*Attorney for Defendant Satyam Computer Services Ltd.*