UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/10

| | |
|---|---|
| In re:<br><br>**SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION**<br>**This document applies to: All Cases** | **09 MD 2027 (BSJ)**<br>(Consolidated Action)<br>ECF Case |

## STIPULATION AND ORDER

**WHEREAS,** on June 24, 2010, the United States Supreme Court issued its decision in *Morrison v. Nat'l Australia Bank Ltd.*, 130 S.Ct. 2869 (2010);

**WHEREAS,** the Supreme Court's decision in *Morrison* raises issues that are relevant to some of the pending motions to dismiss the Consolidated Class Action Complaint filed by the lead plaintiffs (the "Lead Plaintiffs") in the class action 09 MD 2027 (the "Class Action"), and the First Amended Complaint filed by plaintiff Aberdeen Claims Administration, Inc. ("Aberdeen"), in the action 10 CV 02877 (the "Aberdeen Action");

**WHEREAS,** the parties to this stipulation wish to submit supplemental briefs to the Court on the potential implications of *Morrison* on the Class Action and the Aberdeen Action;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among Defendants Satyam Computer Services Limited, PricewaterhouseCoopers International Limited, PriceWaterhouse, PricewaterhouseCoopers Private Limited, Lovelock & Lewes, Krishna G. Palepu, Managalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T. R. Prasad, V. S. Raju and Vinod K. Dham (collectively, the "Stipulating Defendants"), plaintiff Aberdeen and the Lead Plaintiffs, as follows:

1. On or before August 25, 2010, the Stipulating Defendants shall file and serve a supplemental brief concerning the implications of *Morrison* on the claims asserted in the Class Action and the Aberdeen Action.

2. On or before September 27, 2010, Lead Plaintiffs and Aberdeen shall file and serve their responses to the supplemental brief filed and served by the Stipulating Defendants.

3. On or before October 7, 2010, the Stipulating Defendants shall file and serve a reply brief addressing the responses by Lead Plaintiffs and Aberdeen.

GRANT & EISENHOFER P.A.

*Keith M. Fleischman / ATB*

Jay W. Eisenhofer
Keith M. Fleischman
Deborah A. Elman
485 Lexington Ave 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

*Max W. Berger / ATB*

Max W. Berger
Steven B. Singer
Noam Mandel
Michael Petrusic
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-lead Counsel for Plaintiffs*

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

*David Kessler / ATB*

David Kessler
Sean M. Handler
Sharan Nirmul
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*

LABATON SUCHAROW LLP

*Lawrence A. Sucharow / ATB*

Lawrence A. Sucharow
Christopher J. Keller
Louis Gottlieb
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Plaintiffs*

STRADLEY RONON STEVENS & YOUNG

*Keith R. Dutill / ATB*

Keith R. Dutill
William E. Mahoney, Jr.
Neal R. Troum
2600 One Commerce Square
Philadelphia, PA 19103-7098
Counsel for Aberdeen Claims Administration Inc., Trustee for Aberdeen Claims Trust, and Aberdeen Claims Trust II

*Counsel For Plaintiff Aberdeen Claims Administration Inc.*

3

JONES DAY

*/s/ Jayant W. Tambe*

Jayant W. Tambe
Mahesh Venkatakrishnan
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 765-7306

*Counsel for Defendant Satyam Computer Services Ltd.*

WILMERHALE LLP

*/s/ Fraser L. Hunter*

Fraser L. Hunter
Charu A. Chandrasekhar
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendants PricewaterhouseCoopers Private Limited, Price Waterhouse and Lovelock & Lewes*

DEBEVOISE & PLIMPTON LLP

*/s/ Jeffrey S. Jacobson*

Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

*Counsel for Defendant Krishna G. Palepu*

MAYER BROWN LLP

*/s/ Stanley J. Parzen*

Stanley J. Parzen
71 S. Wacker Drive
Chicago, Il 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

*Counsel for Defendant Pricewaterhouse Coopers International Limited*

WEIL, GOTSHAL & MANGES LLP

*/s/ Irwin H. Warren*

Irwin H. Warren
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju*

COOLEY GODWARD KRONSH LLP

*/s/ Gordon C. Atkinson*

Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

SO ORDERED this 14th day of August, 2010

*/s/ Barbara S. Jones*

Hon. Barbara S. Jones
United States District Judge

4