UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| In re: | No. 1:09-MD-2027 (BSJ) |
| SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | (Consolidated Action) |
| This Document Relates to: All Cases | ECF Filed |

---------------------------------------------------------------X

## DECLARATION OF NANDAN NELIVIGI

Nandan Nelivigi, under penalty of perjury, declares:

1. I am a member of the law firm White & Case LLP. I submit this declaration in support of the accompanying Motion to Withdraw as Counsel of Record for Maytas Infra Limited in the above-captioned proceedings.

2. The engagement letter between White & Case and Maytas Infra Limited ("MIL") provides that White & Case may withdraw from its representation of MIL upon reasonable notice in the event that MIL breaches its obligations under the engagement, including by the non-payment of fees.

3. For several months, MIL has failed to pay White & Case LLP for services invoiced. I have repeatedly endeavored to speak with representatives of MIL regarding the outstanding fees and have been unable to resolve the issue.

4. On July 8, 2010, I provided MIL with written notice that White & Case intended to resign shortly. MIL responded on July 9, 2010, stating that it accepted White & Case's

resignation and would retain substitute counsel shortly.

5.   MIL's motion to dismiss the claims against it is fully briefed.  Oral argument on the motion to dismiss has not yet been scheduled.  As such, White & Case's withdrawal from this action should not delay proceedings.

Dated: New York, New York
       August 30, 2010

/s/ Nandan Nelivigi

Nandan Nelivigi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: 212-819-8200
Facsimile: 212-354-8113
nnelivigi@whitecase.com
*Attorneys for Defendant*
*Maytas Infra Limited*