UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Relates to: All Cases

------------------------------------------------------------X

No. 1:09-MD-2027 (BSJ)

(Consolidated Action)

ECF Filed

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Nandan Nelivigi dated August 30, 2010, White & Case LLP hereby moves before the Honorable Barbara S. Jones of the United States District Court for the Southern District of New York for an order, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, permitting White & Case LLP to withdraw as counsel of record for Maytas Infra Limited in the above-captioned proceedings, relieving White & Case LLP of any further responsibility in these proceedings, and granting such further and other relief as the Court deems just and proper.

*Application is granted.*

*So ordered*
*Barbara S. Jones*
*U.S.D.J.*
9-2-10

Dated: New York, New York
August 30, 2010

                              WHITE & CASE LLP

By:   /s/ Glenn M. Kurtz

       Glenn M. Kurtz (GK-6272)
       Douglas P. Baumstein (DB-1948)
       1155 Avenue of the Americas
       New York, NY 10036-2787
       Telephone: 212-819-8200
       Facsimile:  212-354-8113
       gkurtz@whitecase.com
       *Attorneys for Defendant*
       *Maytas Infra Limited*