STUART A. MACK LAW OFFICES
*Attorneys for Defendant:*
MATYAS INFRA LIMITED
Office & P.O. Address
350 5th Avenue, 59th Floor
New York, New York 10118
Telephone:   (212) 601-2885
Facsimile:   (212) 601-2883
Email:   stuartamack@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

IN RE:

                                                         Master File No. 09-MD-2027 (BSJ)

  SATYAM COMPUTER SERVICES, LTD.
  SECURITIES LITIGATION

(This Document Applies to All Cases)

---------------------------------------------------------X        ELECTRONICALLY FILED

DEFENDANT'S LIMITED NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the Defendant, MATYAS INFRA LIMITED ("MIL"), by its counsels, STUART A. MACK LAW OFFICES, 350 FIFTH AVENUE, 59th Floor, NEW YORK, NEW YORK 10118, duly admitted and in good standing of this Court, does hereby enter a limited appearance in this proceeding pursuant to the Federal Rules of Civil Procedure. The undersigned attorney(s) do hereby demand that all papers, pleadings, notices, orders, correspondence heretofore given or required to be given in this proceeding now or in the future, all papers and notices heretofore given or required to be given, in this proceeding, and all papers or notices served or required to be served in this case shall be given and served upon the undersigned law firm at the office address, telephone number and e-mail address set forth herein.

**PLEASE TAKE FURTHER NOTICE,** that this is a LIMITED NOTICE OF APPEARANCE, on behalf of the above named Defendant, and that the within Defendant, MIL, by virtue of this LIMITED NOTICE OF APPEARANCE, does not consent to the jurisdiction of this Court, or to the alleged jurisdiction of any other Court of the United States of America, or to the alleged jurisdiction of any State Court or to the alleged jurisdiction of the Courts of any Territory of the United States of America, nor does the within Defendant, MIL, by the service and/or filing of this LIMITED NOTICE OF APPEARANCE, waive any jurisdictional defenses or any other defenses to this proceeding and the Defendant hereby reserves all rights and defenses herein.

Dated: New York, New York
November 17, 2010

        STUART A. MACK LAW OFFICES
        *Attorneys for Defendant*
        MATYAS INFRA LIMITED

        _____/s_____
        BY:  STUART MACK, ESQ. (SM-3231)
        350 5th Avenue, 59th Floor
        New York, New York 10118
        Telephone:     (212) 601-2885
        Facsimile:       (212) 601-2883
        Email:             stuartamack@aol.com