UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SATYAM COMPUTER SERVICES LTD.<br>SECURITIES LITIGATION<br><br>This Document Applies to:  All Cases | 09 MD 2027 (BSJ)<br>(Consolidated Action)<br><br>ECF Case |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO RULE 15(a)**

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
Max W. Berger
Steven B. Singer
Bruce Bernstein
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
Ananda Chaudhuri
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP
David Kessler
Sean M. Handler
Sharan Nirmul
Christopher L. Nelson
Neena Verma
Joshua E. D'Ancona
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056

LABATON SUCHAROW LLP
Joel H. Bernstein
Louis Gottlieb
Michael H. Rogers
Felicia Y. Mann
140 Broadway
New York, NY 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477

*Co-Lead Counsel for Lead Plaintiffs*

Lead Plaintiffs, Public Employees' Retirement System of Mississippi, Mineworkers' Pension Scheme, SKAGEN AS, and Sampension KP Livsforsikring A/S hereby respectfully submit this motion to the Court for leave to amend the Consolidated Class Action Complaint [Dkt. No. 19] pursuant to Federal Rule of Civil Procedure 15(a).

This motion is based on the accompanying Lead Plaintiffs' Memorandum of Law In Support of Their Motion For Leave to Amend the Consolidated Class Action Complaint.

For the reasons set forth in the Memorandum, Lead Plaintiffs request that the Court grant this motion.

DATED: December 14, 2010

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

s/ Steven B. Singer
Max W. Berger
Steven B. Singer
Bruce Bernstein
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

GRANT & EISENHOFER P.A.

s/ Keith M. Fleischman
Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

s/ David Kessler
David Kessler
Sharan Nirmul
Christopher L. Nelson
Neena Verma
Joshua E. D'Ancona
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

LABATON SUCHAROW LLP

s/ Joel H. Bernstein
Joel H. Bernstein
Louis Gottlieb
Michael H. Rogers
Felicia Y. Mann
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiffs*