AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

In re SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

**APPEARANCE**

Case Number: 09-md-2027 (BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lead Plaintiff Mineworkers' Pension Scheme

I certify that I am admitted to practice in this court.

| 12/15/2010 | s/ Felicia Y. Mann |
|---|---|
| Date | Signature |
| | Felicia Y. Mann — NY 4819454 |
| | Print Name — Bar Number |
| | Labaton Sucharow LLP, 140 Broadway |
| | Address |
| | New York — NY — 10005 |
| | City — State — Zip Code |
| | (212) 907-0648 — (212) 818-0477 |
| | Phone Number — Fax Number |