# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Stanley J. Parzen**
Direct Tel +1 312 701 7326
Direct Fax +1 312 706 8668
sparzen@mayerbrown.com

January 14, 2011

BY HAND DELIVERY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/11
```

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: In re: *Satyam Computer Services Ltd. Secs. Litig.* No. 09 MD 2027 (BSJ)

Dear Judge Jones:

I represent PricewaterhouseCoopers International Limited ("PwCIL") in the above referenced action. By letter dated December 17, 2010, I wrote the Court and requested that the Court suspend briefing on the Lead Plaintiffs' pending motion to amend the complaint and direct the parties to inform the Court on or before January 14, 2011 as to their respective positions on the amendment. By entry dated December 23, 2010, this application was granted.

The Lead Plaintiffs and the Defendants have had several discussions regarding the Lead Plaintiffs' pending motion to amend the consolidated complaint to see if an agreement can be reached with regard to how to proceed with respect to the proposed amendment. However, the Aberdeen plaintiffs have also filed a motion to amend their complaint which stated that the Aberdeen plaintiffs reserved the right to further amend within 30 days. Given that it would be prudent to coordinate an approach for dealing with these two cases if feasible, and given that the precise form of the Aberdeen amendment is not yet known, all parties have agreed to request the Court to extend the period for the parties to report to the Court to January 31, 2011. Permitting this extension will allow the parties to know whether the Aberdeen plaintiffs' proposed amendment will mirror the Lead Plaintiffs' amendment or whether it presents different issues for consideration. All parties have also agreed to report on all issues at that time so that the Court receives a report on all issues at one time. To facilitate the parties meeting the January 31, 2011 proposed date, the Aberdeen plaintiffs have agreed to further amend by January 24, 2011 or stand on the proposed amendment.

*Application granted.*

SO ORDERED
Dated: _____  BARBARA S. JONES
                    U.S.D.J.

1/20/11

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia) and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.