```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re                                    :
                                         :   09 MD 2027 (BSJ)
SATYAM COMPUTER SERVICES, LTD.,          :
SECURITIES LITIGATION                    :   **Order**
                                         :
----------------------------------------x

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Upon review of the proposed amended complaints and in view of the strong policy that leave to amend "'should be granted freely," see Abbatiello v. Monsanto Co., 571 F. Supp. 2d 548, 552-53 (S.D.N.Y. 2008) (citations omitted), Plaintiffs' applications to file amended complaints are GRANTED. All pending motions to dismiss are therefore DISMISSED as moot.

The status conference scheduled for February 18, 2011 is cancelled.

SO ORDERED:

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         February 15, 2011