UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Applies to:  All Cases

09 MD 2027 (BSJ)
(Consolidated Action)

ECF Case

## NOTICE OF FILING OF
## STIPULATION AND AGREEMENT OF SETTLEMENT
## WITH DEFENDANT SATYAM COMPUTER SERVICES LTD.

Notice is hereby given that Lead Plaintiffs, the Public Employees' Retirement System of Mississippi, Mineworkers' Pension Scheme, SKAGEN AS, and Sampension KP Livsforsikring A/S, and Defendant Satyam Computer Services Ltd. have entered into a Stipulation of Settlement, annexed hereto as Exhibit A, and will move for preliminary approval of the settlement on or before Thursday, February 24, 2011.  The partial settlement does not impact Lead Plaintiffs' claims against any other Defendant named in this action.

Date: February 16, 2011

Respectfully Submitted,

**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**

          /s/ David Kessler
David Kessler
Sharan Nirmul
Christopher L. Nelson
Neena Verma
Joshua E. D'Ancona
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

Max W. Berger
Steven B. Singer
Bruce Bernstein
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444


**GRANT & EISENHOFER P.A.**

Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501


**LABATON SUCHAROW LLP**

Joel H. Bernstein
Louis Gottlieb
Michael H. Rogers
Felicia Mann
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Court-appointed Co-Lead Counsel for Plaintiffs*