**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | No. 09-MD-2027-BSJ |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR
(I) PRELIMINARY APPROVAL OF SETTLEMENT WITH SATYAM
COMPUTER SERVICES LTD., (II) CERTIFICATION OF THE CLASS FOR
PURPOSES OF SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE CLASS**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement with Defendant Satyam Computer Services Ltd., dated February 16, 2011 and previously filed with the Court on February 16, 2011 (Dkt. No. 252); the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the settlement of this securities class action as against defendant Satyam Computer Services Ltd.; (ii) certifying the proposed Class and Class Representatives and appointing Class Counsel for purposes of the Settlement; (iii) approving the form and manner of notice to putative Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Attached as Exhibit A hereto is a copy of the proposed Preliminary Approval Order Providing for Notice and Hearing in Connection with Proposed Class Action Settlement with Satyam Computer Services Ltd (with its exhibits).

DATED:  February 22, 2011                     Respectfully submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **GRANT & EISENHOFER P.A.** |
| s/ Steven B. Singer | s/ Keith M. Fleischman |
| Max W. Berger | Jay W. Eisenhofer |
| Steven B. Singer | Keith M. Fleischman |
| Bruce Bernstein | Mary S. Thomas |
| 1285 Avenue of the Americas | Deborah A. Elman |
| New York, NY 10019 | 485 Lexington Avenue |
| Tel: (212) 554-1400 | New York, NY 10017 |
| Fax: (212) 554-1444 | Tel: (646) 722-8500 |
| | Fax: (646) 722-8501 |
| | |
| **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP** | **LABATON SUCHAROW LLP** |
| s/ David Kessler | s/ Joel H. Bernstein |
| David Kessler | Joel H. Bernstein |
| Sharan Nirmul | Louis Gottlieb |
| Christopher L. Nelson | Michael H. Rogers |
| Neena Verma | Felicia Mann |
| Joshua E. D'Ancona | 140 Broadway |
| 280 King of Prussia Road | New York, NY 10005 |
| Radnor, PA 19087 | Tel: (212) 907-0700 |
| Tel: (610) 667-7706 | Fax: (212) 818-0477 |
| Fax: (610) 667-7056 | |

*Court-appointed Lead Counsel for Plaintiffs*