UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/201
```

IN RE: SATYAM COMPUTER SERVICES LTD.  　  No. 09-MD-2027-BSJ
SECURITIES LITIGATION

## STIPULATION AND AGREED SCHEDULING ORDER

WHEREAS, on December 14, 2010, Lead Plaintiffs filed a Notice of Motion for Leave to Amend the Consolidated Class Action Complaint Pursuant to Rule 15(a) (the "Motion to Amend");

WHEREAS, on February 16, 2011, the Court entered an Order, *inter alia*, granting Lead Plaintiffs' Motion to Amend and dismissing all pending motions to dismiss the Consolidated Class Action Complaint as moot;

WHEREAS, on February 16, 2011, Lead Plaintiffs and Defendant Satyam Computer Services Ltd. ("Satyam") entered into a Stipulation and Agreement of Settlement ("the Partial Settlement") pursuant to which these parties agreed to settle, subject to the approval of the Court, all claims asserted by Lead Plaintiffs against Satyam in this Action;

WHEREAS, the Partial Settlement does not resolve Lead Plaintiffs' claims against any of the other Defendants in this Action, including those against Maytas Properties Ltd., Maytas Infra Ltd., Byrraju Rama Raju, Jr., and Byrraju Teja Raju (the "Maytas Defendants"); Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad, V.S. Raju, Vinod K. Dham, and Krishna G. Palepu (the "Director Defendants"); or PricewaterhouseCoopers International Ltd., Price Waterhouse, PricewaterhouseCoopers Pvt. Ltd., Lovelock & Lewes and

PricewaterhouseCoopers LLP (the "PwC Entity Defendants") (collectively, with the Maytas Defendants and Director Defendants, the "Non-Settling Defendants");

WHEREAS, on February 17, 2011, Lead Plaintiffs filed the First Amended Consolidated Class Action Complaint (the "FAC"), which added, *inter alia*, PricewaterhouseCoopers LLP as a named party (defendant);

WHEREAS, for the convenience of the Court, Lead Plaintiffs and the Non-Settling Defendants have agreed to a proposed schedule for motion(s) seeking to dismiss the FAC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THAT:

1. The Maytas Defendants will answer, move to dismiss, or otherwise respond to the FAC no later than 45 days after the entry of this Order. If motion(s) to dismiss the FAC are filed by the Maytas Defendants, Lead Plaintiffs will file their opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and the Maytas Defendants will have no more than 20 days thereafter to reply.

2. The Director Defendants will answer, move to dismiss, or otherwise respond to the FAC no later than 45 days after the entry of this Order. If motion(s) to dismiss the FAC are filed by the Director Defendants, Lead Plaintiffs will file their opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and the Director Defendants will have no more than 20 days thereafter to reply.

3. The PwC Entity Defendants will answer, move to dismiss, or otherwise respond to the FAC no later than 60 days after the entry of this Order. If motion(s) to dismiss the FAC are filed by the PwC Entity Defendants, Lead Plaintiffs will file their opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and the PwC Entity Defendants will have no more than 30 days thereafter to reply.

Dated: February 28, 2011

_____
Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

_____
David Kessler
Darren Check
Sean M. Handler
Sharan Nirmul
Christopher Nelson
Neena Verma
Joshua D'Ancona
**BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*

_____
Max W. Berger
Steven B. Singer
Bruce D. Bernstein
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10005
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*

_____
Lawrence A. Sucharow
Christopher J. Keller
Louis Gottlieb
Joel H. Bernstein
Alan I. Ellman
Stefanie Jill Sundel
Michael H. Rogers
Felicia Y. Mann
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Plaintiffs*

_____
Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

_____
Michael P. Carroll
Michael S. Flynn
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

Dated: February 28, 2011

---

Jay W. Eisenhofer
Keith M. Fleischman
Mary S. Thomas
Deborah A. Elman
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

---

Max W. Berger
Steven B. Singer
Bruce D. Bernstein
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10005
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*

---

David Kessler
Darren Check
Sean M. Handler
Sharan Nirmul
Christopher Nelson
Neena Verma
Joshua D'Ancona
**BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*

---

Lawrence A. Sucharow
Christopher J. Keller
Louis Gottlieb
Joel H. Bernstein
Alan I. Ellman
Stefanie Jill Sundel
Michael H. Rogers
Felicia Y. Mann
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Plaintiffs*

---

*/s/ Stanley Parzen/*
Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

---

Michael P. Carroll
Michael S. Flynn
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

3

Dated: February 28, 2011

| | |
|---|---|
| Jay W. Eisenhofer<br>Keith M. Fleischman<br>Mary S. Thomas<br>Deborah A. Elman<br>**GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501<br><br>*Co-Lead Counsel for Plaintiffs* | Max W. Berger<br>Steven B. Singer<br>Bruce D. Bernstein<br>**BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10005<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br><br>*Co-Lead Counsel for Plaintiffs* |
| David Kessler<br>Darren Check<br>Sean M. Handler<br>Sharan Nirmul<br>Christopher Nelson<br>Neena Verma<br>Joshua D'Ancona<br>**BARROWAY TOPAZ KESSLER<br>MELTZER & CHECK LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br><br>*Co-Lead Counsel for Plaintiffs* | Lawrence A. Sucharow<br>Christopher J. Keller<br>Louis Gottlieb<br>Joel H. Bernstein<br>Alan I. Ellman<br>Stefanie Jill Sundel<br>Michael H. Rogers<br>Felicia Y. Mann<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br><br>*Co-Lead Counsel for Plaintiffs* |
| Stanley J. Parzen<br>Dana S. Douglas<br>Brian J. Massengill<br>Michele Odorizzi<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711 | */s/ Michael S. Flynn*<br>Michael P. Carroll<br>Michael S. Flynn<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>(212) 701-5800<br><br>*Counsel for Defendant PricewaterhouseCoopers LLP* |

3

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6479
Fax: (212) 521-7479

*Counsel for Defendant Krishna G. Palepu*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Gordon C. Atkinson
Nicole Lutes Fuentes
**COOLEY GODWARD KRONISH LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

Irwin H. Warren
Miranda S. Schiller
Margarita Platkov
Evert J. Christensen
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju*

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6479
Fax: (212) 521-7479

*Counsel for Defendant Krishna G. Palepu*

Gordon C. Atkinson
Nicole Lutes Fuentes
**COOLEY GODWARD KRONISH LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Irwin H. Warren
Miranda S. Schiller
Margarita Platkov
Evert J. Christensen
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju*

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6479
Fax: (212) 521-7479

*Counsel for Defendant Krishna G. Palepu*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Gordon C. Atkinson
Nicole Lutes Fuentes
**COOLEY GODWARD KRONISH LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

Irwin H. Warren
Miranda S. Schiller
Margarita Platkov
Evert J. Christensen
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju*

4

| | |
|---|---|
| Mauricio Alejandro Espana<br>**MAYER BROWN LLP**<br>1675 Broadway<br>New York, NY 10019<br>Tel: (212) 506-2500<br>Fax: (212) 262-1910<br><br>*Counsel for Defendant Pricewaterhouse Coopers International Ltd.* | Fraser L. Hunter, Jr.<br>Charu A. Chandrasekhar<br>Brian A. Sutherland<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes* |
| Jeffrey S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6479<br>Fax: (212) 521-7479<br><br>*Counsel for Defendant Krishna G. Palepu* | Stuart A. Mack<br>**STUART A. MACK LAW OFFICES**<br>350 5th Avenue, 59th Floor<br>New York, NY 10118<br>Tel: (212) 601-2885<br>Fax: (212) 601-2883<br><br>*Counsel for Defendant Maytas Infra Ltd.* |
| *Gordon C. Atkinson /NLF*<br>Gordon C. Atkinson<br>Nicole Lutes Fuentes<br>**COOLEY GODWARD KRONISH LLP**<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2088<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant Vinod K. Dham* | Irwin H. Warren<br>Miranda S. Schiller<br>Margarita Platkov<br>Evert J. Christensen<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju* |

4

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6479
Fax: (212) 521-7479

*Counsel for Defendant Krishna G. Palepu*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Gordon C. Atkinson
Nicole Lutes Fuentes
**COOLEY GODWARD KRONISH LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2088
Fax: (415) 693-2222

*Counsel for Defendant Vinod K. Dham*

Irwin H. Warren
Miranda S. Schiller
Margarita Platkov
Evert J. Christensen
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju*

4

_____
Rohit Sabharwal
Adam Finkel
**SABHARWAL, NORDIN & FINKEL**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2882
Fax: (212) 601-2883

*Counsel for Defendant B. Rama Raju, Jr.,
B. Teja Raju and Maytas Properties Ltd.*


DONE and ORDERED this 3rd day of March, 2011.

_____
BARBARA S. JONES
United States District Judge

5