UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/11

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | No. 09-MD-2027-BSJ |

## STIPULATION AND AGREED SCHEDULING ORDER

WHEREAS, on January 7, 2011, Aberdeen Claims Administration, Inc., Trustee for Aberdeen Claims Trust and Aberdeen Claims Trust II ("Aberdeen") filed a Notice of Motion for Leave to Amend First Amended Complaint Pursuant to Rule 15(a) ("Aberdeen's Motion to Amend");

WHEREAS, on February 16, 2011, the Court entered an Order granting Aberdeen's Motion to Amend and dismissing as moot all pending motions to dismiss Aberdeen's First Amended Complaint;

WHEREAS, on February 18, 2011, Aberdeen filed its Second Amended Complaint (the "Aberdeen SAC") which, inter alia, added PricewaterhouseCoopers LLP as a Defendant;

WHEREAS, the Court entered a scheduling order with respect to Defendants' responses to the Class Plaintiffs' First Amended Complaint on March 4, 2011 ("the FAC Order date"); and

WHEREAS, for the convenience of the Court, the parties have agreed to a proposed schedule for any motion(s) seeking to dismiss the Aberdeen SAC that will have the same briefing deadlines as those in place as to the Class Plaintiffs' First Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THAT:

1.  Maytas Infra Limited, Maytas Properties, Byrraju Teja Raju, and Byrraju Rama Raju, Jr. (the "Maytas Defendants") will answer, move to dismiss, or otherwise respond to the

Aberdeen SAC no later than 45 days after the FAC Order date. If motion(s) to dismiss the Aberdeen SAC are filed by the Maytas Defendants, Aberdeen will file its opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and the Maytas Defendants will have no more than 20 days thereafter to reply.

2. Satyam Computer Services Limited ("Satyam") will answer, move to dismiss, or otherwise respond to the Aberdeen SAC no later than 60 days after the FAC Order date. If motion(s) to dismiss the Aberdeen SAC are filed by Satyam, Aberdeen will file its opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and Satyam will have no more than 30 days thereafter to reply.

3. PricewaterhouseCoopers International Limited, PricewaterhouseCoopers Private Limited, Lovelock & Lewes, PriceWaterhouse, and PricewaterhouseCoopers LLP (the "PwC Defendants") will answer, move to dismiss, or otherwise respond to the Aberdeen SAC no later than 60 days after the FAC Order date. If motion(s) to dismiss the Aberdeen SAC are filed by the PwC Defendants, Aberdeen will file its opposition(s) to the motion(s) no later than 45 days after the filing of the motion(s), and the PwC Defendants will have no more than 30 days thereafter to reply.

Dated: March 7, 2011

*[signature: Michele Odorizzi]*

Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Michael P. Carroll
Michael S. Flynn
Daniel J. O'Neill
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
**JONES DAY**
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Satyam Computer Services Ltd.*

Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Michael P. Carroll
Michael S. Flynn
Daniel J. O'Neill
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
**JONES DAY**
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Satyam Computer Services Ltd.*

Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Michael P. Carroll
Michael S. Flynn
Daniel J. O'Neill
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

/s/ Fraser L. Hunter, Jr. /cac
Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
**JONES DAY**
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Satyam Computer Services Ltd.*

Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

/s/ Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

Michael P. Carroll
Michael S. Flynn
Daniel J. O'Neill
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
**JONES DAY**
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Satyam Computer Services Ltd.*

Stanley J. Parzen
Dana S. Douglas
Brian J. Massengill
Michele Odorizzi
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Mauricio Alejandro Espana
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Defendant Pricewaterhouse Coopers International Ltd.*

Michael P. Carroll
Michael S. Flynn
Daniel J. O'Neill
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5800

*Counsel for Defendant PricewaterhouseCoopers LLP*

Fraser L. Hunter, Jr.
Charu A. Chandrasekhar
Brian A. Sutherland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse and Lovelock & Lewes*

Stuart A. Mack
**STUART A. MACK LAW OFFICES**
350 5th Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant Maytas Infra Ltd.*

/s/ Jayant W. Tambe

Jayant W. Tambe
Geoffrey S. Stewart
David L. Carden
Laura W. Sawyer
**JONES DAY**
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Satyam Computer Services Ltd.*

_____
Rohit Sabharwal
Adam Finkel
**SABHARWAL, NORDING & FINKEL**
350 Fifth Ave., 59th Floor
New York, N.Y. 10118
Tel: (212) 601-2882
Fax: (212) 601-2883

*Counsel for Maytas Properties, Byrraju
Teja Raju and Byrraju Rama Raju, Jr.*

_____
Keith R. Dutill
William E. Mahoney, Jr.
Neal R. Troum
**STRADLEY RONON STEVENS & YOUNG**
2600 One Commerce Square
Philadelphia, PA 19103-7098
Tel: (610) 640-5800
Fax: (610) 640-1965

*Counsel for Aberdeen Claims Administration
Inc., Trustee for Aberdeen Claims Trust, and
Aberdeen Claims Trust II*


DONE and ORDERED this _____ day of _____, 2011.


_____
BARBARA S. JONES
United States District Judge

# 1326074

Rohit Sabharwal
Adam Finkel
**SABHARWAL, NORDING & FINKEL**
350 Fifth Ave., 59th Floor
New York, N.Y. 10118
Tel: (212) 601-2882
Fax: (212) 601-2883

*Counsel for Maytas Properties, Byrraju
Teja Raju and Byrraju Rama Raju, Jr.*

Keith R. Dutill
William E. Mahoney, Jr.
Neal R. Troum
**STRADLEY RONON STEVENS & YOUNG**
2600 One Commerce Square
Philadelphia, PA 19103-7098
Tel: (610) 640-5800
Fax: (610) 640-1965

*Counsel for Aberdeen Claims Administration
Inc., Trustee for Aberdeen Claims Trust, and
Aberdeen Claims Trust II*

DONE and ORDERED this ___8th___ day of ___March___, 2011.

BARBARA S. JONES
United States District Judge

\# 1326074