**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
: 
In re: Satyam Computer Services LTD       :
Securities Litigation                     :
:
:   09 CV 00093 (BSJ)
:   **Order**
------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Motion to Amend/Correct the Consolidated Class Complaint Pursuant to Rule 15(a) (document number 129) has been resolved by an Order (document number 251) filed in the Consolidated Action, 09-md-2027.

The Motion for (1) Preliminary Approval of Settlement with Satyam Computer Services Ltd., (2) Certification of the Class for Purposes of Settlement and (3) Approval of Notice to the Class (document number 133) has been resolved by an Order (document number 259) filed in the Consolidated Action, 09-md-2027.

SO ORDERED:

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          April 5, 2011