**BERNSTEIN LITOWITZ BERGER &**
  **GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

**BARROWAY TOPAZ KESSLER**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Lead Plaintiffs*

Writer's Direct Dial: (610) 822-2226
E-Mail: dkessler@btkmc.com

April 15, 2011

**VIA FACSIMILE**

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

Re:   *In re Satyam Computer Services Ltd. Sec. Litig.*, 09-md-02027 (BSJ)

Dear Judge Jones:

We represent the Lead Plaintiffs in the above-captioned securities class action (the "Action"). On February 22, 2011, Lead Plaintiffs filed a motion for preliminary approval of a settlement with Defendant Satyam Computer Services Ltd. ("Satyam"), pursuant to which Lead Plaintiffs agreed to settle all class claims against Satyam for $125 million. That motion was granted by Order dated March 21, 2011 (the "Preliminary Approval Order"). The Preliminary Approval Order recognized that additional changes might be necessary with respect to Exhibit 1 (Long Form Notice), Exhibit 2 (Summary Notice) and Exhibit 3 (Proof of Claim Form) and thus, provided for any revised exhibits to be submitted to the Court for approval on or before April 15, 2011.

We respectfully request that the Court grant us a brief extension until April 29, 2011 in which to finalize the Exhibits, at which time, we will request that the Court set a new schedule for mailing out and publishing Notice.

Application granted.

SO ORDERED _____
Dated:         BARBARA S. JONES
                     U.S.D.J.

4/15/11