USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                    X

No. 09-MD-2027 (BSJ)

IN RE: SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION

_____    X

### STIPULATION AND AGREED SCHEDULING ORDER

WHEREAS, on February 16, 2011, the Court entered an Order, *inter alia,*
granting Lead Plaintiffs' Motion to Amend and dismissing all pending motions to dismiss
the Consolidated Class Action Complaint as moot;

WHEREAS, on February 16, 2011, Lead Plaintiffs and Defendant, Satyam
Computer Services, Ltd. ("Satyam"), entered into a Stipulation and Agreement of
Settlement ("the Partial Settlement" pursuant to which these parties agreed to settle,
subject to the approval of the Court, all claims asserted by Lead Plaintiffs against Satyam
in this Action;

WHEREAS, the Partial Settlement does not resolve Lead Plaintiffs' claims
against any of the other Defendants in this Action, including those against Maytas
Properties, Ltd., Maytas Infra, Ltd., Byrraju Rama Raju, Jr. and Byrraju Teja Raju (the
"Maytas Defendants"); Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao,
T.R. Prasad, V.S. Raju, Vinod K. Dham, and Krishna G. Palepu (the "Director
Defendants"); or PricewaterhouseCoopers International Ltd., Price Waterhouse,
Pricewaterhouse Coopers Pvt. Ltd., Lovelock & Lewes and Pricewaterhouse Coopers
LLP (the "PWC Entity Defendants") (collectively with the Maytas Defendants and
Director Defendants, the "Non-Settling Defendants");

WHEREAS, on February 17, 2011, Lead Plaintiffs filed the First Amended Consolidated Class Action Complaint ("FAC"), which added, *inter alia,* Pricewaterhouse Coopers LLP as a named party (defendant);

WHEREAS, for the convenience of the Court, Lead Plaintiffs and the Non-Settling Maytas Defendants in the Satyam Action have agreed to a proposed schedule for motions seeking to dismiss the FAC, as follows:

1.    The date that Maytas Defendants will answer, move to dismiss, or otherwise respond to the FAC, after entry of this Order, is hereby extended from April 18, 2011 to April 29, 2011. If motion(s) to dismiss the FAC are filed by the Maytas Defendants, Lead Plaintiffs will file their opposition(s) to the motion(s) no later than 45 days after the filing of the Maytas Defendants' motion(s), and the Maytas Defendants will have no more than 20 days after the filing of the Lead Plaintiffs' opposition(s) to reply.

Dated: April 15, 2011

Max W. Berger
Steven B. Singer
Bruce D. Bernstein
**BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10005
Tel: (212) 554-1400
Fax: (646) 554-1444


David Kessler
Darren Check
Sean M. Hanlder
Sharan Nirmul
Christopher Nelson
Neena Verma
Joshua D'Ancona
**BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*                    *Co-Lead Counsel for Plaintiffs*

2

Louis Gottlieb
**LABATON SUCHAROW, LLP**
140 Broadway
New York, New York 10005
140 Broadway
Tel: (212) 907-0872
Fax: (212) 883-7072

*Co-Lead Counsel for Plaintiffs*

Adam Finkel
**SABHARWAL, NORDIN & FINKEL**
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2882
Fax: (212) 601-2883

*Counsel for Defendants:*
*B. Rama Raju, Jr., B. Teja Raju*
*and Maytas Properties, Ltd.*

Mary Sikra Thomas
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

Stuart Mack
**LAW OFFICE OF STUART MACK, ESQ.**
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant:*
*Maytas Infra, Ltd.*

Application granted.

SO ORDERED
Dated:

**BARBARA S. JONES**
U.S.D.J.

4 /18/ 11

3