767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Irwin H. Warren
+1 212 310 8648
irwin.warren@weil.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11

BY HAND

April 15, 2011

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: In re Satyam Computer Services Ltd. Sec. Litig., No. 09 MD 2027 (BSJ)

Dear Judge Jones:

We represent five of the seven former members of the Board of Directors of Satyam Computer Services Ltd. ("Satyam") who are named as defendants in this action (collectively, the "Directors"): Mangalam Srinivasan; Ram Mynampati; M. Rammohan Rao; T.R. Prasad; and V.S. Raju. The two additional Directors -- Krishna G. Palepu and Vinod K. Dham -- are represented by Debevoise & Plimpton LLP and Cooley LLP, respectively. I am writing on behalf of all of the Directors' counsel.

On March 3, 2011, the Court entered a stipulated Order scheduling briefing on defendants' anticipated motions to dismiss the First Amended Consolidated Class Action Complaint ("FACC"). The Directors' motions are due to be filed on Monday, April 18, 2011. Pursuant to an agreement among the parties, and as stated in the letter from Steven B. Singer, Esq., to the Court, dated March 2, 2011, the parties have agreed to separately brief the issues raised by *Morrison v. National Australia Bank*, 130 S. Ct. 2869 (2010). The Directors intend to file a single *Morrison* brief of less than 15 pages.

In addition, the Directors intend to move to dismiss the FACC pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act. As we did for the Directors' motions to dismiss the prior complaint, counsel for the Directors have been coordinating in an effort to minimize the amount of repetition and incorporation by reference in the briefs supporting such motions. However, given the numerous allegations, issues and causes of action (under both the Securities Exchange Act of 1934 and the Securities Act of 1933) that are raised in the 155-page FACC (not all of which apply to all of the Directors), it has become apparent that the brief we intend to file in support of our clients' motion to dismiss -- which will be the main brief on behalf of all of the Directors -- will need to exceed the Court's 25-page limit. (We note that the Court previously granted our request to file an oversize brief in similar circumstances in connection with the Directors' motions to dismiss the prior complaint.) Thus, in lieu of submitting separate briefs for each of the Directors -- and, indeed, in the hope of submitting a single

The Honorable Barbara S. Jones  **Weil, Gotshal & Manges LLP**
April 15, 2011
Page 2

brief on behalf of all of the Directors -- we respectfully request leave to submit an oversize brief, not in excess of 40 pages, in support of our clients' motion.

We have spoken with plaintiffs' counsel, and they do not oppose this request.

Thank you for your consideration of this application.

Respectfully submitted,

*Irwin Warren / MS*

Irwin H. Warren

cc:  All Counsel (by e-mail)

*Application granted.*

SO ORDERED ___/s/ Barbara S. Jones___
Dated:                BARBARA S. JONES
                           U.S.D.J.
4/18/11