UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SATYAM COMPUTER SERVICES LTD., SECURITIES LITIGATION** | No. 09 MD 2027 (BSJ)<br>(Consolidated Action)<br>ECF Case |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Vinod K. Dham's Motion to Dismiss the First Amended Consolidated Class Action Complaint, filed February 17, 2011, the undersigned attorneys for Defendant Vinod K. Dham move this Court, before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an Order dismissing the claims against Vinod K. Dham in the

////

////

////

////

////

////

////

1217649 v1/SF

2.

First Amended Consolidated Class Action Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Dated:  San Francisco, California
        April 18, 2011

COOLEY LLP
GORDON C. ATKINSON (GA-8337)


By:    /s/ Gordon C. Atkinson
    Gordon C. Atkinson (GA-8337))
    Cooley LLP
    101 California Street, 5th Floor
    San Francisco, CA  94111
    Telephone:  (415) 693-2000
    Facsimile:  (415) 693-2222
    E-mail:     atkinsongc@cooley.com

Attorneys for Defendant
VINOD K. DHAM