## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

This Document Applies to: All Cases

09 MD 2027 (BSJ)
(Consolidated Action)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad, V.S. Raju, Vinod K. Dham and Krishna G. Palepu (the "Directors") will move this Court, before the Honorable Barbara S. Jones, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 17C, New York, New York, on a date and time to be set by the Court, for an order dismissing the First Amended Consolidated Class Action Complaint and each claim for relief asserted against each of the Directors therein, pursuant to the Supreme Court decision in *Morrison v. Nat'l Austl. Bank Ltd.*, 130 S. Ct. 2869 (2010), and Fed. R. Civ. P. 12(b)(6), as to all plaintiffs other than those who purchased Satyam ADSs on the New York Stock Exchange. In support of the motion, the Directors rely upon and expressly adopt and incorporate by reference the contemporaneously filed Memorandum of Law in Support of the Director Defendants' Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint Pursuant to *Morrison*, and the accompanying Declaration of Evert J. Christensen, Jr.

Dated: New York, New York
       April 18, 2011

                                                     WEIL, GOTSHAL & MANGES LLP

                                                     By: /s/ Irwin H. Warren
                                                          Irwin H. Warren
                                                          Miranda S. Schiller
                                                          Margarita Platkov
                                                          Evert J. Christensen, Jr.

                                                     767 Fifth Avenue
                                                     New York, New York 10153
                                                     Tel: (212) 310-8000
                                                     Fax: (212) 310-8007

                                                     Attorneys for Defendants Mangalam
                                                     Srinivasan, Ram Mynampati, V.S. Raju,
                                                     T.R. Prasad and M. Rammohan Rao

| COOLEY LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/ Gordon C. Atkinson | By: /s/ Jeffrey S. Jacobson |
|     Gordon C. Atkinson |     Jeffrey S. Jacobson |
| 101 California Street, 5th Floor | 919 Third Avenue |
| San Francisco, California 94111 | New York, New York 10022 |
| Tel: (415) 693-2000 | Tel: (212) 909-6000 |
| Fax: (415) 693-2222 | Fax: (212) 909-6836 |
| Attorneys for Defendant Vinod K. Dham | Attorneys for Defendant Krishna G. Palepu |