## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION

This Document Applies to: All Cases

09 MD 2027 (BSJ)
(Consolidated Action)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad, V.S. Raju and Krishna G. Palepu (the "Directors") will move this Court, before the Honorable Barbara S. Jones, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 17C, New York, New York, on a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing the First Amended Consolidated Class Action Complaint and each claim for relief asserted against each of the Directors therein.  In support of the motion, the Directors rely upon and expressly adopt and incorporate by reference the contemporaneously filed Memorandum of Law in Support of the Director Defendants' Motions to Dismiss the First Amended Consolidated Class Action Complaint, and the accompanying Declaration of Evert J. Christensen, Jr..

US_ACTIVE:\43683857\01\75137.0003

Dated: New York, New York
April 18, 2011

        WEIL, GOTSHAL & MANGES LLP

By: /s/ Irwin H. Warren
    Irwin H. Warren
    Miranda S. Schiller
    Margarita Platkov
    Evert J. Christensen, Jr.

767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

Attorneys for Defendants Mangalam Srinivasan, Ram Mynampati, V.S. Raju, T.R. Prasad and M. Rammohan Rao

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendant Krishna G. Palepu