USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK** _____ X

IN RE: SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION

(This Document Applies To Case No: 10 cv 2877 (BSJ))
_____ X

No. 09-MD-2027 (BSJ)

## STIPULATION AND AGREED SCHEDULING ORDER

WHEREAS, on January 7, 2011, Aberdeen Claims Administration, Inc., Trustee for Aberdeen Claims Trust and Aberdeen Claims Trust II ("Aberdeen") filed a Notice of Motion for Leave to Amend First Amended Complaint Pursuant to Rule 15(a) ("Aberdeen's Motion to Amend");

WHEREAS, on February 16, 2011, the Court entered an Order, *inter alia,* granting Aberdeen's Motion to Amend and dismissing all pending motions to dismiss Aberdeen's First Amended Complaint as moot;

WHEREAS, on February 18, 2011, Aberdeen filed its Second Amended Complaint ("SAC") which, *inter alia,* added PricewaterhouseCoopers LLP as a Defendant;

WHEREAS, the Court entered as Scheduling Order with respect to the Defendants' responses to the Class Action Plaintiffs' First Amended Complaint on March 4, 2011 ("FAC Order date");

WHEREAS, for the convenience of the Court, the respective counsels for Aberdeen and for the Defendants, Maytas Properties, Ltd., B. Rama Raju, Jr., B. Teja Raju and Maytas Infra, Ltd. ("Maytas Defendants"), have agreed to the following dates for the Maytas Defendants' briefing deadlines as follows with respect to the SAC;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THAT:

1.  The time for the Maytas Defendants to answer, move to dismiss, or

otherwise respond to the SAC, after entry of this Order, is hereby extended through and

until April 29, 2011. If motion(s) to dismiss the SAC is filed by the Maytas Defendants,

Aberdeen will file their opposition(s) to the motion(s) no later than 45 days after the

filing of the Maytas Defendants' motion(s), and the Maytas Defendants will have no

more than 20 days after the filing of Aberdeen's opposition(s) to reply thereto.

Keith R. Dutill
Neal Robert Troum
Heather Marla Tashman
Joseph Thomas Kelleher
William E. Mahoney, Jr.
**STRADLEY, RONON, STEVENS.
& YOUNG LLP**
2600 One Commerce Square
Philadelphia, PA 19103
Tel: (215) 564-8000
Fax: (215) 564-8120

Adam Finkel
**SABHARWAL, NORDIN & FINKEL**
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2882
Fax: (212) 601-2883

*Counsel for Plaintiff(s):*
*Aberdeen Claims Administrations &*
*Trustee for Aberdeen Claims Trust and*
*Aberdeen Claims Trust II*

*Counsel for Defendants:*
*B. Rama Raju, Jr, B. Teja Raju &*
*Maytas Properties, Ltd.*

Stuart Mack
**STUART A. MACK LAW OFFICES**
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2885
Fax: (212) 601-2883

*Counsel for Defendant:*
*Maytas Infra, Ltd.*

DONE and ORDERED this ___19th___ day of ___April___, 2011

HON. BARBARA S. JONES
United States District Judge