767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Irwin H. Warren
+1 212 310 8648
irwin.warren@weil.com

April 19, 2011

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



BY HAND

Re: In re Satyam Computer Services Ltd. Sec. Litig., No. 09 MD 2027 (BSJ)

Dear Judge Jones:

We represent defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad, and V.S. Raju (the "Directors"), in the above-referenced action. We are writing to request that Exhibits 4 and 11 to the Declaration Of Evert J. Christensen In Support Of The Directors' Motion To Dismiss The First Amended Consolidated Class Action Complaint (docket no. 270), accompanying the Memorandum of Law in support of the Directors' motion to dismiss pursuant to Rules 12(b)(6), 9(b) and the Private Securities Litigation Reform Act (docket no. 271), be filed under seal. These exhibits were provided to the Directors by Satyam subject to a confidentiality agreement, which provides that documents be filed with the Court under seal. Accordingly, the Directors respectfully request that the Court permit Exhibits 4 and 11 to be filed and maintained under seal.

Respectfully submitted,

*Irwin H. Warren*
Irwin H. Warren

cc: All Counsel (by e-mail)

Application is granted.
So ordered.
*Barbara S. Jones*
4/19/11

US_ACTIVE:\43687579\01\75137.0003