SABHARWAL, NORDIN & FINKEL
*Attorneys for Defendants:*
BYRRAJU TEJA RAJU
BYRRAJU RAMA RAJU, JR.
MATYAS PROPERTIES LIMITED
Office & P.O. Address
350 5th Avenue, 59th Floor
New York, New York 10118
Telephone: (212) 601-2882
Facsimile: (212) 601-2833
Email: sabilaw@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

IN RE:

SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION

(This Document Applies To All Cases)

-------------------------------------------------------X

Master File No. 09-MD-2027 (BSJ)
(Consolidated Action)

**ORAL ARGUMENT REQUESTED**
**ECF CASE**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the accompanying Declaration of B. RAMA RAJU, JR., sworn to on April 26, 2011, upon the accompanying Declaration of B. TEJA RAJU, sworn to on April 26, 2011, upon the accompanying Declaration of MATURI SREEMANNARAYANA, sworn to on April 26, 2011, upon the accompanying Declaration of ADAM FINKEL, sworn to on April 29, 2011, and the Exhibits annexed thereto, and upon the accompanying Memorandum of Law, dated April 29, 2011, and upon all papers, pleadings and proceedings heretofore had herein, the undersigned attorneys for the Defendants, B. RAMA RAJU, JR., B. TEJA RAJU, and MAYTAS PROPERTIES, LTD., will move before the United States District Court for

the Southern District of New York, before the Hon. Barbara S. Jones, USDJ, at the US Courthouse located at 500 Pearl Street, Courtroom 17C, New York, New York 10007, on a date to be determined by this Honorable Court, for an Order to be granted and entered pursuant to Fed. R. Civ. P. Rules 12(b)(2) and 12(b)(5), to dismiss Count IV of the First Amended Consolidated Complaint in the action with Case No. 09-md-2027 (the "FAC"), and to dismiss Counts II, VI, VII and VIII of the Second Amended Consolidated Complaint in the action with Case No. 10-cv-02877 (the "SAC"), and all claims against the within Defendants contained in the FAC and the SAC, with prejudice, and for the Court to grant Defendants such other relief as is just and proper in the premises.

Dated: New York, New York
April 29, 2011

**SABHARWAL, NORDIN & FINKEL**

/s/ Adam Finkel

BY: Adam Finkel (AF-1368
Attorneys for Defendants
B. Rama Raju, Jr., Teja Raju
& Maytas Properties, Ltd.
350 Fifth Avenue, 59th Floor
New York, New York 10118
Tel. No.: (212) 601-2882