AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

IN RE: Satyam Computer Services, Ltd. Securities Litigation

**APPEARANCE**

Case Number: 09 MD 2027 (BSJ)

This document applies to 10 Civ. 2877

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Pricewaterhouse Coopers LLP

I certify that I am admitted to practice in this court.

5/2/2011
Date

/s/ Michael P. Carroll
Signature

Michael P. Carroll                                     MC3630
Print Name                                           Bar Number

450 Lexington Avenue
Address

New York                    NY                    10017
City                        State                 Zip Code

(212) 450-4547              (212) 701-5547
Phone Number                Fax Number

Email: michael.carroll@davispolk.com