✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

IN RE: Satyam Computer Services, Ltd.
Securities Litigation

**APPEARANCE**

Case Number:  09 MD 2027 (BSJ)

This document applies to 10 Civ. 2877

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant PricewaterhouseCoopers LLP

I certify that I am admitted to practice in this court.

| 5/2/2011 | /s/ Michael S. Flynn |
|---|---|
| Date | Signature |

| Michael S. Flynn | MF0500 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4766 | (212) 701-5766 |
|---|---|
| Phone Number | Fax Number |

Email: michael.flynn@davispolk.com