AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

IN RE: Satyam Computer Services, Ltd. Securities Litigation

**APPEARANCE**

Case Number: 09 MD 2027 (BSJ)

This document applies to 10 Civ. 2877

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant PricewaterhouseCoopers LLP

I certify that I am admitted to practice in this court.

| 5/2/2011 | /s/ Gina Caruso |
|---|---|
| Date | Signature |

| Gina Caruso | GC8611 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4810 | (212) 701-5810 |
|---|---|
| Phone Number | Fax Number |

Email: gina.caruso@davispolk.com