# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

IN RE: Satyam Computer Services, Ltd. Securities Litigation

**APPEARANCE**

Case Number: 09 MD 2027 (BSJ)

This document applies to 10 Civ. 2877

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant PricewaterhouseCoopers LLP

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/2/2011 | /s/ Daniel J. O'Neill |
| Date | Signature |
| | Daniel J. O'Neill          DO5320 |
| | Print Name          Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York          NY          10017 |
| | City          State          Zip Code |
| | (212) 450-4504          (212) 701-5504 |
| | Phone Number          Fax Number |

Email: daniel.oneill@davispolk.com