UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
In re:                                              :
                                                    :
                                                    :
SATYAM COMPUTER SERVICES, LTD.                      :   09 MD 2027 (BSJ)
SECURITIES LITIGATION                               :
                                                    :   (Consolidated Action)
                                                    :
This Document Applies to: 10 Civ. 2877 (BSJ)        :

---------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## BY PRICEWATERHOUSECOOPERS LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PricewaterhouseCoopers LLP ("PwC US"), by and through its undersigned counsel, hereby states as follows:

1. PwC US is not a publicly held company and has no parent company.

2. No publicly held company owns more than ten percent (10%) of PwC US's stock.

Dated:   May 2, 2011                     Respectfully submitted,

                                         By:  /s/ Michael P. Carroll
                                              Michael P. Carroll
                                              Michael S. Flynn
                                              Gina Caruso
                                              DAVIS POLK & WARDWELL LLP
                                              450 Lexington Avenue
                                              New York, New York 10017
                                              Telephone:  (212) 450-4000
                                              Facsimile:  (212) 450-3800
                                              michael.carroll@davispolk.com
                                              michael.flynn@davispolk.com
                                              gina.caruso@davispolk.com

                                              *Attorneys for Defendant*
                                              *PricewaterhouseCoopers LLP*