**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SATYAM COMPUTER SERVICES, LTD., SECURITIES LITIGATION<br><br>This Document Applies to: 10 Civ. 02877 (BSJ) | No. 1:09-md-2027 (BSJ)<br>(Consolidated Action)<br><br>ECF Case |

**NOTICE OF MOTION**
**TO DISMISS THE SECOND AMENDED COMPLAINT OF**
**ABERDEEN CLAIMS ADMINISTRATION, INC.**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, defendants PricewaterhouseCoopers Private Ltd., Price Waterhouse, and Lovelock & Lewes (collectively, "Defendants"), by their undersigned counsel, will move this Court, before the Honorable Barbara S. Jones, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice all claims in the Second Amended Complaint of Aberdeen Claims Administration, Inc. against Defendants pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, and the Securities Litigation Uniform Standards Act of 1998. The basis for this motion is set forth in the accompanying Memorandum of Law and Declaration and attached exhibits.

Dated: May 3, 2011
New York, New York

Respectfully submitted,

/s/Fraser L. Hunter, Jr.
Howard M. Shapiro
Fraser L. Hunter, Jr.
Brian A. Sutherland
Jamie S. Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: fraser.hunter@wilmerhale.com

*Attorneys for PricewaterhouseCoopers Pvt. Ltd., Price Waterhouse, and Lovelock & Lewes*