UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE SATYAM COMPUTER SERVICES LIMITED SECURITIES LITIGATION.

This document applies to: 10 Civ. 2877 (BSJ)

---------------------------------------------------------------X

09 MD 2027 (BSJ)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Mauricio A. España, sworn to on May 3, 2011, upon the accompanying Memorandum of Law, and upon all of the pleadings and proceedings heretofore had herein, the undersigned attorneys for Defendant PricewaterhouseCoopers International Limited ("PwCIL") will move before the United States District Court for the Southern District of New York, before the Honorable Barbara S. Jones for an order pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the heightened pleading requirements of the Private Securities Litigation Reform Act, dismissing Counts I, III, and VI - VIII of the Second Amended Complaint filed by Aberdeen Claims Administration, Inc. and for such other and further relief as this Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule established by the Court, answering papers must be served on the undersigned by June 17, 2011 and reply papers willl be served by July 18, 2011.

Dated: May 3, 2011
New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/ [signature]
Mauricio A. España

1675 Broadway
New York, New York 10019
(212) 506-2500

Stanley J. Parzen
Michele Odorizzi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorneys for Defendant PricewaterhouseCoopers International Limited*