# WILMERHALE

April 26, 2011

**Fraser L. Hunter, Jr.**

**By Hand**

+1 212 230 8882(t)
+1 212 230 8888(f)
fraser.hunter@wilmerhale.com

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/11

Re: *In re Satyam Computer Services Ltd. Securities Litig.*, No. 09 MD 2027 (BSJ)

Dear Judge Jones:

MO ENDORSED

      This firm represents defendants PricewaterhouseCoopers Private Ltd., Price Waterhouse, and Lovelock & Lewes (the "PW India Defendants") in the above-mentioned litigation. By stipulated order filed March 9, 2011, this Court directed the PW India Defendants to respond to a second amended complaint filed by Plaintiff Aberdeen Claims Administration, Inc. ("Aberdeen") no later than 60 days after March 4, 2011, or May 3, 2011. The PW India Defendants intend to move to dismiss the second amended complaint on *forum non conveniens* grounds and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act. Although we represent three defendants, we believe that a single brief on each discrete motion would best serve the interests of efficiency and organization. We therefore respectfully request leave to file two briefs, each 25 pages or less, in support of these two motions.

      We have spoken with counsel for Aberdeen and they do not oppose this request.

Respectfully submitted,

*Fraser Hunter /bAS*

Fraser L. Hunter, Jr.

Application granted.

cc: Service List (by email)

SO ORDERED
Dated: 4/26/11
BARBARA S. JONES
U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington