UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SATYAM COMPUTER SERVICES LTD.<br>SECURITIES LITIGATION<br><br>This Document Applies to: All Cases | 09 MD 2027 (BSJ)<br>(Consolidated Action)<br><br>ECF Case |

**DECLARATION OF BARRY MICHAEL OKUN
IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
THE FIRST AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT**

I, Barry Michael Okun, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the Bar of this Court and am counsel to the law firm Labaton Sucharow LLP, co-counsel to Lead Plaintiffs Mississippi Public Employees' Retirement System, Sampension KP Livsforsikring A/S, SKAGEN AS, and Mineworkers' Pension Scheme in the above-captioned action. I respectfully submit this Declaration in support of Lead Plaintiffs' Memorandum of Law in opposition to Defendants' motions to dismiss the Amended Consolidated Class Action Complaint.

2. A review of my firm's records discloses that, in or about August 2009, my firm's local Indian counsel, Kochar & Company, transmitted copies of the Consolidated Class Action Complaint herein and other required materials to the Indian Central Authority for service on several defendants including, among others, Maytas Properties, Maytas Infra Limited, Byrraju Teja Raju, and Byrraju Rama Raju Jr. pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commerical Matters. We still await notice from the Indian Central Authority that all such services have been completed.

3. Annexed hereto are true and correct copies of the following documents:

Exhibit 1: Satyam Computer Services Ltd., Form S-8 Registration Statement filed on January 12, 2007 with the Securities and Exchange Commission

Exhibit 2: Minutes of Meeting of the Board of Directors of Satyam, Dec. 16, 2008

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 2nd day of June, 2011.

_____
BARRY MICHAEL OKUN