UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SATYAM COMPUTER SERVICES LTD.<br>SECURITIES LITIGATION<br><br>This Document Applies to: All Cases | 09 MD 2027 (BSJ)<br>(Consolidated Action)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 2, 2011, I electronically filed:

- **LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

- **DECLARATION OF BARRY MICHAEL OKUN IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

With the Clerk of the Court using the CM/ECF system, which automatically sends e-mail notification of such filing to the attorneys of record on the attached service list.

I further hereby certify that on June 2, 2011, I caused to be served the above-described documents via electronic mail, pursuant to consent in writing, on the following:

Tempus Law Associates
Minakshi Shukla
3100/1, Ravi Chambers, Kavrui Hills
Madhapur, Hyderbad-500 033
Andhra Pradesh, India
Tel: +91 40 40305000
Fax: +91 40 40305005
minakshi@tempuslaw.co.in

Counsel for Defendant Byrraju Rama Raju

Tempus Law Associates
Sundari R. Pisupati
3100/1, Ravi Chambers, Kavrui Hills
Madhapur, Hyderbad-500 033
Andhra Pradesh, India
Tel: +91 40 40305000
Fax: +91 40 40305005
sundari@tempuslaw.co.in

Counsel for Defendant Byrraju Ramlinga Raju


Tempus Law Associates
P. Raviprasad
3100/1, Ravi Chambers, Kavrui Hills
Madhapur, Hyderbad-500 033
Andhra Pradesh, India
Tel: +91 40 40305000
Fax: +91 40 40305005
raviprasad@tempuslaw.co.in

Counsel for Defendant Srinivas Vadlamani



Dated:   New York, New York
         June 2, 2011


                                              /s/ Bruce Bernstein
                                              _____

*In re: Satyam Computer Services, Ltd., Securities Litigation,*
09-MD-2027 (BSJ)

# SERVICE LIST

| **Stradley, Ronon, Stevens & Young LLP**<br>Keith R. Dutill<br>William E. Mahoney, Jr.<br>2005 Market Street<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098<br>Tel: (610) 640-5809<br>Fax: (610) 640-1965<br>kdutill@stradley.com<br>wmahoney@stradley.com<br><br>Neal Robert Troum<br>John Thomas Kelleher<br>30 Valley Stream Parkway<br>Malvern, PA 19355<br>Tel: (215) 564-8028<br>Fax: (215) 564-8120<br>ntroum@stradley.com<br>jkelleher@stradley.com<br><br>*Counsel for Plaintiff Aberdeen Claims Administration, Inc. Trustee for Aberdeen Claims Trust and Aberdeen Claims Trust II* | **Gainey & McKenna**<br>Thomas J. McKenna<br>295 Madison Avenue, 4th Floor<br>New York, New York 10017<br>Tel: (212) 983-1300<br>Fax: (212) 983-0383<br>tjmckenna@gaineyandmckenna.com<br><br>*Counsel for Plaintiff Brian Adams* |

1

| | |
|---|---|
| **Jones Day**<br>Jayant W. Tambe<br>Mahesh Venkatakrishnan<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>jtambe@jonesday.com<br>mvparlikad@jonesday.com<br><br>*Counsel for Satyam Computer Services Ltd.* | **Mayer Brown LLP**<br>Stanley J. Parzen<br>Brian J. Massengill<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711<br>sparzen@mayerbrown.com<br>bmassengill@mayerbrown.com<br><br>*Counsel for Pricewaterhouse Coopers International Ltd.* |
| **Wilmer Cutler Pickering Hale and Dorr LLP**<br>Fraser L. Hunter<br>Charu A. Chandrasekhar<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>fraser.hunter@wilmerhale.com<br>charu.chandrasekhar@wilmerhale.com<br><br>*Counsel for PricewaterhouseCoopers Private Ltd., Price Waterhouse (Bangalore) and Lovelock & Lewes* | **Davis Polk & Wardwell LLP**<br>Michael P. Carroll<br>Michael S. Flynn<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>michael.carroll@davispolk.com<br>michael.flynn@davispolk.com<br><br>*Counsel for PricewaterhouseCoopers LLP* |
| **Debevoise & Plimpton LLP**<br>Jeffrey S. Jacobson<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6479<br>Fax: (212) 521-7479<br>jsjacobs@debevoise.com<br><br>*Counsel for Defendant Krishna G. Palepu* | **Weil, Gotshal & Manges LLP**<br>Irwin H. Warren<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>Irwin.warren@weil.com<br><br>*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, T.R. Prasad and V.S. Raju* |

| | |
|---|---|
| **Cooley Godward Kronish LLP**<br>Gordon C. Atkinson<br>Nicole Lutes Fuentes<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2088<br>Fax: (415) 693-2222<br>atkinsongc@cooley.com<br>nfuentes@cooley.com<br><br>*Counsel for Defendant Vinod K. Dham* | **Stuart A. Mack Law Offices**<br>Stuart A. Mack<br>350 5th Avenue, 59th Floor<br>New York, NY 10118<br>Tel: (212) 601-2885<br>Fax: (212) 601-2883<br>stuartamack@aol.com<br><br>*Counsel for Defendant Maytas Infra Limited* |
| **Sabharwal, Nordin & Finkel**<br>Rohit Sabharwal<br>Adam Finkel<br>350 5th Avenue, 59th Floor<br>New York, NY 10118<br>Tel: (212) 601-2882<br>Fax: (212) 601-2883<br>rohit@snfny.com<br>adam@snfny.com<br><br>*Counsel for Defendant B. Rama Raju, Jr., B. Teja Raju and Maytas Properties, Ltd.* | **Tempus Law Associates**<br>Minakshi Shukla<br>#100/1, Ravi Chambers, Kavuri Hills<br>Madhapur, Hyderabad – 500 033<br>Andhra Pradesh, India<br>Tel: +91 40 40305000<br>Fax: +91 40 40305005<br>minakshi@tempuslaw.co.in<br><br>*Counsel for Defendant Byrraju Rama Raju* |
| **Tempus Law Associates**<br>Sundari R. Pisupati<br>#100/1, Ravi Chambers, Kavuri Hills<br>Madhapur, Hyderabad – 500 033<br>Andhra Pradesh, India<br>Tel: +91 40 40305000<br>Fax: +91 40 40305005<br>sundari@tempuslaw.co.in<br><br>*Counsel for Defendant Byrraju Ramlinga Raju* | **Tempus Law Associates**<br>P. Raviprasad<br>#100/1, Ravi Chambers, Kavuri Hills<br>Madhapur, Hyderabad – 500 033<br>Andhra Pradesh, India<br>Tel: +91 40 40305000<br>Fax: +91 40 40305005<br>raviprasad@tempuslaw.co.in<br><br>*Counsel for Defendant Srinivas Vadlamani* |