**BERNSTEIN LITOWITZ BERGER &**
  **GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Lead Plaintiffs*

Writer's Direct Dial: (212) 554-1413
E-Mail: steven@blbglaw.com

May 31, 2011

**VIA HAND DELIVERY**

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Satyam Computer Services Ltd. Sec. Litig.*, 09-md-02027 (BSJ)

Dear Judge Jones:

We represent the Lead Plaintiffs in the above-referenced matter. In support of their respective motions to dismiss Plaintiffs' Amended Consolidated Class Action Complaint, the Director Defendants and Maytas Defendants have submitted collectively nine briefs, totaling approximately 195 pages. Dkt. Nos. 265, 267, 271, 280, 282, 284, 290, 292, and 294.

Lead Plaintiffs intend to file their opposition papers to these motions on Thursday, June 2, 2011. We believe that a single, consolidated opposition brief that addresses all of the arguments set forth in the aforementioned briefs would best serve the interest of efficiency. Accordingly, we respectfully request permission to file a single brief of no more than 70 pages in opposition to the motions to dismiss. We have spoken with respective counsel for the Director Defendants and Maytas Defendants, and they do not oppose this request.

Application granted.

SO ORDERED
Dated: 6-1-11

Barbara S. Jones
U.S.D.J.