# STRADLEY RONON
ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1462
Telephone 610.640.5800
Fax 610.640.1965
www.stradley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11

Joseph T. Kelleher
jkelleher@stradley.com
610.651.2274

June 3, 2011

**VIA FACSIMILE 212.805.6191**

The Honorable Barbara S. Jones
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re: **In re Satyam Computer Services Limited Securities Litigation
> 1:09-md-02027-BSJ (1:10-cv-02877-BSJ)**

Dear Judge Jones:

We represent Aberdeen Claims Administration, Inc. ("Aberdeen"), Plaintiff in the above-referenced action. Currently pending before the Court are the following eleven motions to dismiss Aberdeen's Second Amended Complaint:

- Motion of Defendants B. Rama Raju, Jr., B. Teja Raju, and Maytas Properties, Ltd. to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (5) [Dkt. 279];

- Motion of Defendants B. Rama Raju, Jr., B. Teja Raju, and Maytas Properties, Ltd. to Dismiss for *Forum Non Conveniens* [Dkt. 281];

- Motion of Defendants B. Rama Raju, Jr., B. Teja Raju, and Maytas Properties, Ltd. to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. 283];

- Motion of Defendant Maytas Infra Limited to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (5) [Dkt. 289];

- Motion of Defendant Maytas Infra Limited to Dismiss for *Forum Non Conveniens* [Dkt. 291];

- Motion of Defendant Maytas Infra Limited to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. 293];

The Honorable Barbara S. Jones
June 3, 2011
Page 2

- Motion of Defendants Price Waterhouse, PricewaterhouseCoopers Private Ltd., and Lovelock & Lewes to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. 302];

- Motion of Defendants Price Waterhouse, PricewaterhouseCoopers Private Ltd., and Lovelock & Lewes to Dismiss Second Amended Complaint for *Forum Non Conveniens* [Dkt. 304];

- Motion of Defendant PricewaterhouseCoopers LLP to Dismiss Second Amended Complaint [Dkt. 307];

- Motion of Defendant PricewaterhouseCoopers International Limited to Dismiss Second Amended Complaint [Dkt. 312]; and

- Motion of Defendant Satyam Computer Services Limited to Dismiss Second Amended Complaint [Dkt. 315].

Collectively, the memoranda of law in support of the foregoing motions exceed 285 pages.

In the interest of economy and for the convenience of the Court, Aberdeen makes two requests herein:

(1) Aberdeen seeks leave to file a single omnibus opposition to the eleven foregoing motions (in lieu of eleven separate briefs) that will exceed Your Honor's 25-page limit, not to exceed 100 pages. We have conferred with counsel for the moving defendants, and none opposes this request.

(2) If the Court grants the above request and allows Aberdeen to file a single omnibus brief in opposition to the pending motions to dismiss, Aberdeen further requests that it be permitted to file that brief on Friday, June 17, 2011. Under the current schedule, June 17 is the date on which Aberdeen is to respond to all the pending motions to dismiss except those of the Maytas Defendants (which are currently due four days earlier, on June 13). Counsel for Aberdeen has conferred with counsel for the Maytas Defendants, and they do not oppose this request.

Respectfully,

Joseph T. Kelleher

Application granted.

JTK:dv
Enclosure

cc: Counsel of Record (via email)

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

6/6/11

# 1378443