UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | No. 09-MD-2027-BSJ |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the law firm of **GAINEY & McKENNA**, attorneys for Plaintiff Brian Adams in the above-captioned matter, has moved and the new address is:

> **GAINEY & McKENNA**
> 440 Park Avenue South, 5th Floor
> New York, New York 10016
> Tel: (212) 983-1300
> Fax: (212) 983-0383
> E-mail: tjmlaw2001@yahoo.com
>         tjmckenna@gaineyandmckenna.com

Our telephone and facsimile numbers have remained unchanged.

Thomas J. McKenna hereby certifies that a copy of this notice is being filed electronically with the Court and thereby served on all parties.

Dated: New York, New York
       June 10, 2011

                                    Yours, etc.

                            By:    _/s/ Thomas J. McKenna_
                                    Thomas J. McKenna, Esq.
                                    **GAINEY & McKENNA**
                                    *Counsel for Plaintiff Brian Adams*
                                    440 Park Avenue South, 5th Floor
                                    New York, New York 10016
                                    (212) 983-1300
                                    Our File No.: 100.482