JONES, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/11

In re:

SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

This Document Applies to: All Cases

09 MD 2027 (BSJ)
(Consolidated Action)

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES

WHEREAS, on March 3, 2011, the Court entered a stipulated Order (the "March Order"), which scheduled, among other things, the time for Defendants Mangalam Srinivasan, Ram Mynampati, V.S. Raju, T.R. Prasad, M. Rammohan Rao, Vinod K. Dham and Krishna G. Palepu (the "Director Defendants") to answer, move to dismiss or otherwise respond to the First Amended Consolidated Class Action Complaint, dated February 17, 2011 (the "FACC");

WHEREAS, on April 18, 2011, in accordance with the March Order, the Director Defendants filed motions to dismiss the FACC pursuant to, among other grounds, Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Supreme Court's decision in *Morrison v. National Australia Bank Ltd.*, 130 S. Ct. 2869 (2010);

WHEREAS, on June 3, 2011, in accordance with the March Order, Lead Plaintiffs filed their opposition to the Director Defendants' motions to dismiss;

WHEREAS, pursuant to the March Order, the Director Defendants' replies in support of their motions to dismiss are due to be filed on June 22, 2011; and

WHEREAS, the parties have conferred and agreed that the time for the Director Defendants to file their replies in support of their motions to dismiss should be extended;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that: (i) the time for the Director Defendants to file their replies in support of their motions to dismiss the FACC is extended through and including July 6, 2011; (ii) the Director Defendants may file a main reply not exceeding 25 pages in support of their motion to dismiss pursuant to Rules 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, and a reply brief in further support of their motion to dismiss pursuant to *Morrison*, not exceeding 10 pages; and (iii) Defendants Palepu and Dham may file reply briefs not exceeding 10 pages in support of their individual motions to dismiss.

Dated: New York, New York
       June 21, 2011

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

By: /s/ Max W. Berger /mp
Max W. Berger
Steven B. Singer
Bruce D. Bernstein
1285 Avenue of the Americas, 38th Floor
New York, New York 10005
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*

**KESSLER TOPAZ MELTZER & CHECK LLP**

By: /s/ David Kessler /mp
David Kessler
Sharan Nirmul
Christopher L. Nelson
Neena Verna
280 King of Prussia Road

**GRANT & EISENHOFER P.A.**

By: /s/ Jay W. Eisenhofer /mp
Jay W. Eisenhofer
Mary S. Thomas
Deborah A. Elman
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Co-Lead Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

By: /s/ Lawrence A. Sucharow /mp
Lawrence A. Sucharow
Louis Gottlieb
Barry M. Okun
Michael H. Rogers
Felicia Y. Mann

Radnor, Pennsylvania 19087  
Tel: (610) 667-7706  
Fax: (610) 667-7056  

*Co-Lead Counsel for Plaintiffs*

140 Broadway  
New York, New York 10005  
Tel: (212) 907-0700  
Fax: (212) 818-0477  

*Co-Lead Counsel for Plaintiffs*

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ Miranda L. Schiller  
Irwin H. Warren  
Miranda S. Schiller  
Margarita Platkov  
Evert J. Christensen, Jr.  
767 Fifth Avenue  
New York, New York 10153  
Tel: (212) 310-8000  
Fax: (212) 310-8007  

*Counsel for Defendants Mangalam Srinivasan, Ram Mynampati, M. Rammohan Rao, V.S. Raju and T.R. Prasad*

**DEBEVOISE & PLIMPTON LLP**

By: /s/ Jeffrey S. Jacobson  
Jeffrey S. Jacobson  
919 Third Avenue  
New York, New York 10022  
Tel: (212) 909-6479  
Fax: (212) 521-7479  

*Counsel for Defendant Krishna G. Palepu*

**COOLEY LLP**

By: /s/ Gordon C. Atkinson  
Gordon C. Atkinson  
Nicole Lutes Fuentes  
101 California Street, 5th Floor  
San Francisco, California 94111  
Tel: (415) 693-2088  
Fax: (415) 693-2222  

*Counsel for Defendant Vinod K. Dham*

SO ORDERED this 22d day of June, 2011.

/s/ Barbara S. Jones  
BARBARA S. JONES  
UNITED STATES DISTRICT JUDGE