

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/11
```

**SABHARWAL, NORDIN & FINKEL**
ATTORNEYS AND COUNSELORS AT LAW
350 FIFTH AVENUE, 59th FLOOR
NEW YORK, NY 10118
TEL: (212) 601-2882
FAX: (212) 601-2883
Email: adam@snfny.com

June 23, 2011

**VIA FACSIMILE 212.805.6191**

The Honorable Barbara S. Jones
United States District Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: In re Satyam Computer Services, Ltd. Securities Litigation
        Case No.: 09-md-2027 (BSJ) (10-cv-2877 (BSJ))
        (This document applies to all cases.)

Dear Judge Jones:

    The undersigned attorneys respectively represent the Defendants-Rama Raju, Jr., Teja Raju, Maytas Properties, Ltd., (collectively the "MP Defendants") and Defendant, Maytas Infra, Ltd. ("MIL"), in the above entitled actions. Currently the MP Defendants and MIL have each moved to dismiss the Lead Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") in case no. 09 md 2027 ("Satyam Action"), and moved to dismiss the Second Amended Complaint ("SAC") in case no. 10 cv 2877 ("Aberdeen Action"), *inter alia,* pursuant to FRCP Rules 4, 9(b), 12(b)(2), 12(b)(5), the Private Litigation Securities Reform Act ("PLSRA"), the Securities Litigation Uniform Standards Act ("SLUSA"), and pursuant to the Supreme Court's decision in *Morrison v. National Australia Bank Ltd.,* 130 S.Ct. 2869 (2010) ("*Morrison*") on April 29, 2011. Collectively, the Plaintiffs' opposition papers, in the Satyam Action and the Aberdeen Action total 138 pages.

    In the interests of economy and convenience of the Court, the MP Defendants collectively make three requests here, which have been consented to by the respective counsels for the Plaintiffs in each action: (i) That the time for the MP Defendants and MIL to file their respective Consolidated Reply Briefs be extended through and including July 7, 2011; and (ii) That the MP Defendants be permitted to file a Consolidated Reply Brief for both actions, not exceeding 40 pages in length; and (iii) That Defendant, MIL, be permitted to file a Consolidated Reply Brief for both actions, not exceeding 40 pages in length. Under the current schedule, June 23, 2011 is the date for the MP Defendants

The Honorable Barbara S. Jones
June 23, 2011
Page 2 of 2

in length. Under the current schedule, June 23, 2011 is the date for the MP Defendants and MIL to file their respective Reply Briefs in the Satyam Action, and July 7, 2011 is the date for the MP Defendants and MIL to file their Reply Briefs in the Aberdeen Action.

    The undersigned attorneys for the MP Defendants and MIL have conferred with Plaintiffs' counsels and they do not oppose this request.

Respectfully,

*/s/ Adam Finkel*
Adam Finkel
Attorney for Defendants
Rama Raju, Jr., Teja Raju &
Maytas Properties, Ltd.

*/s/ Stuart Mack*
Stuart Mack
Attorney for Defendant
Maytas Infra, Ltd.

Dated: 6-23-11

So Ordered: _____