SABHARWAL, NORDIN & FINKEL
*Attorneys for Defendants:*
BYRRAJU TEJA RAJU
BYRRAJU RAMA RAJU, JR.
MATYAS PROPERTIES LIMITED
Office & P.O. Address
350 5th Avenue, 59th Floor
New York, New York 10118
Telephone: (212) 601-2882
Facsimile: (212) 601-2833
Email: adam@snfny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| IN RE: | Master File No. 09-MD-2027 (BSJ) (Consolidated Action) |

SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION
(This Document Applies To All Cases)

---------------------------------------------------------X

## SECOND DECLARATION OF ADAM FINKEL, ESQ.

I, ADAM FINKEL, ESQ., declare as follows:

1. I am a partner at the law firm of Sabharwal, Nordin & Finkel ("SNF") and am admitted to practice before this Honorable Court.

2. SNF represents the Defendants, B. RAMA RAJU, JR., B. TEJA RAJU, and MAYTAS PROPERTIES LIMITED (collectively the "Maytas Defendants") in the action with Case No. 09-md-2027 (the "Satyam Action") and the action with Case No. 10-cv-02877 (the "Aberdeen Action").

3. I submit this Declaration in further support of the Maytas Defendants' motions to dismiss both the Satyam Action and the Aberdeen Action for: (1) lack of *in personam*

jurisdiction pursuant to FRCP 12(b)2 and FRCP 12(b)(5); (2) *forum non conveniens*; and (3) failure to state a cause of action pursuant to F.R.C.P. Rules 8, 9, and 12(b)(6), the Private Securities Litigation Reform Act, Title 15 USC § 78u-44(b)(2) (the "PSLRA"), and the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb(f)(1) (the "SLUSA").

4. I attach hereto as Exhibit "A", a true and correct copy of a news article retrieved from http://news.in.msn.com/national/article.aspx?cp-documentid=3838789, entitled "Satyam Raju's Trial A Bigger Story Than the Scam", dated April 19, 2010.

5. I attach hereto as Exhibit "B", a true and correct copy of the certificate of service filed on December 17, 2009, regarding service upon MP in accordance with the Hague Convention.

6. I attach hereto as Exhibit "C", true and correct copies of the previously submitted Declarations of Aziz Mushabber Ahmadi.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       July 7, 2011

                  **SABHARWAL, NORDIN & FINKEL**

                  _____/s/_____
                  Adam Finkel (AF-1368)
                  *Attorneys for Defendants*
                  *Rama Raju, Jr.*
                  *Teja Raju*
                  *Maytas Properties, Ltd.*
                  350 Fifth Avenue, 59th Floor
                  New York, New York 10118
                  Tel: (212) 601-2882
                  Fax: (212) 601-2883
                  Email: adam@snfny.com