LAW OFFICES OF STUART A. MACK
*Attorneys for Maytas Infra Limited:*
Office & P.O. Address
350 5th Avenue, 59th Floor
New York, New York 10118
Telephone: (212) 601-2885
Facsimile: (212) 601-2833

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                          Master File No. 09-MD-2027 (BSJ)
                                                (Consolidated Action)


SATYAM COMPUTER SERVICES, LTD.
SECURITIES LITIGATION
(This Document Applies To All Cases)


-------------------------------------------------------X

## SECOND DECLARATION OF STUART MACK, ESQ.

I, STUART A. MACK, ESQ., declare as follows:

1. I am an attorney admitted to practice before this Honorable Court.

2. My firm represents the Defendant, Maytas Infra Limited (hereinafter "MIL")

in the action with Case No. 09-md-2027 (the "Satyam Action") and the action with Case

No. 10-cv-02877 (the "Aberdeen Action").

3. I submit this Declaration in further support of MIL's motions to dismiss both

the Satyam Action and the Aberdeen Action for: (1) lack of *in personam* jurisdiction

pursuant to FRCP 12(b)2 and FRCP 12(b)(5); (2) *forum non conveniens*; and (3) failure

to state a cause of action pursuant to F.R.C.P. Rules 8, 9, and 12(b)(6), the

Private Securities Litigation Reform Act, Title 15 USC § 78u-44(b)(2) (the "PSLRA"),

and the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb(f)(1) (the

"SLUSA").

4. I attach hereto as Exhibit "A", a true and correct copy of a news article retrieved from http://news.in.msn.com/national/article.aspx?cp-documentid=3838789, entitled "Satyam Raju's Trial A Bigger Story Than the Scam", dated April 19, 2010.

5.  I attach hereto as Exhibit "B", a true and correct copy of the certificate of service filed on December 17, 2009, regarding service upon MP in accordance with the Hague Convention.

6. I attach hereto as Exhibit "C", true and correct copies of the previously submitted Declarations of Aziz Mushabber Ahmadi.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
       July 7, 2011

**LAW OFFICES OF STUART A. MACK**


By:         /s/
       Stuart A. Mack (SM 3231)
       *Attorneys for Maytas Infra Limited*
       350 Fifth Avenue, 59th Floor
       New York, New York 10118
       Tel:   (212) 601-2885
       Fax:   (212) 601-2883