# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

July 13, 2011

**Stanley J. Parzen**
Direct Tel +1 312 701 7326
Direct Fax +1 312 706 8668
sparzen@mayerbrown.com

BY HAND DELIVERY

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/11

Re:   In re: *Satyam Computer Services Ltd. Secs. Litig.* No. 09 MD 2027 (BSJ)

Dear Judge Jones:

I write as counsel to PricewaterhouseCoopers International Ltd. ("PwCIL"). On May 3, 2011, PwCIL moved to dismiss the Second Amended Complaint of Aberdeen Claims Administration, Inc. ("Aberdeen"). PwCIL's reply brief in further support of it motion to dismiss the Second Amended Complaint is due on July 18, 2011. In light of the numerous issues that Aberdeen has raised in its 68-page omnibus opposition to defendants' motion to dismiss the Second Amended Complaint and the Supreme Court's new decision in *Janus Capital Group, Inc. v. First Derivative Traders*, 180 L.Ed.2d 166 (June 13, 2011), we respectfully request leave to submit an oversized reply brief, not in excess of 15 pages, in further support of PwCIL's motion to dismiss.

We have contacted Aberdeen's counsel, who have consented to this request.

We thank you in advance for your consideration of this application,

Respectfully submitted,

*/s/ Stanley J. Parzen*
Stanley J. Parzen

Application granted.

SO ORDERED
Dated:
*/s/ Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.
7/18/11

cc: Counsel of record (via e-mail)

Mayer Brown LLP operates in combination with our associated English limited liability partnership and Hong Kong partnership (and its associated entities in Asia) and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.