UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In re:                                                              :
                                                                    :
                                                                    :
SATYAM COMPUTER SERVICES, LTD.                                      :   09 MD 2027 (BSJ)
SECURITIES LITIGATION                                               :
                                                                    :   (Consolidated Action)
                                                                    :
This Document Applies to: 10 Civ. 2877 (BSJ)                        :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

      I, Gina Caruso, hereby certify that on July 18, 2011, I caused a true copy of the following document to be served on counsel of record by ECF and/or electronic mail:

> Reply Memorandum of Law of PricewaterhouseCoopers LLP in Further Support of Its Motion to Dismiss the Second Amended Complaint

On July 18, 2011, I also caused a true copy of the foregoing document to be served by electronic mail on the following counsel:

> Sundari R. Pisupati, P. Raviprasad and Minakshi Shukla
> TEMPUS LAW ASSOCIATES
> #100/1, Ravi Chambers, Kavuri Hills
> Madhapur, Hyderabad – 500 033
> Andhra Pradesh, India
> Tel: +91 40 40305000
> minakshi@tempuslaw.co.in
> raviprasad@tempuslaw.co.in
> sundari@tempuslaw.co.in
> *Attorneys for defendants Byrraju Rama Raju,*
>    *Byrraju Ramlinga Raju, and Srinivas Vadlamani*

Dated:   July 18, 2011

                                            /s/ Gina Caruso
                                            Gina Caruso
                                            DAVIS POLK & WARDWELL LLP
                                            450 Lexington Avenue
                                            New York, New York 10017
                                            Telephone:  (212) 450-4000
                                            Facsimile:  (212) 450-3800
                                            gina.caruso@davispolk.com
                                            *Attorneys for Defendant*
                                                *PricewaterhouseCoopers LLP*