**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SATYAM COMPUTER SERVICES, LTD., SECURITIES LITIGATION<br><br>This Document Applies to: 10 Civ. 2877 (BSJ) | 09-md-2027 (BSJ)<br><br>(Consolidated Action)<br><br>ECF case |

## CERTIFICATE OF SERVICE

I, Brian Sutherland, hereby certify that on July 18, 2011, I caused true copies of the following documents to be served on counsel of record by ECF and/or electronic mail:

- Reply in Further Support of Motion to Dismiss the Second Amended Complaint of Aberdeen Claims Administration, Inc.

- Reply in Further Support of Motion to Dismiss the Second Amended Complaint of Aberdeen Claims Administration, Inc. for *Forum Non Conveniens*

- Declaration of Fraser L. Hunter, Jr. dated July 18, 2011, and exhibits thereto

On July 18, 2011, I also caused true copies of the foregoing documents to be served by electronic mail on the following counsel:

>Sundari R. Pisupati, P. Raviprasad and Minakshi Shukla
>TEMPUS LAW ASSOCIATES
>#100/1, Ravi Chambers, Kavuri Hills
>Madhapur, Hyderabad – 500 033
>Andhra Pradesh, India
>Tel: +91 40 40305000
>minakshi@tempuslaw.co.in
>raviprasad@tempuslaw.co.in
>sundari@tempuslaw.co.in
>*Attorneys for defendants Byrraju Rama Raju,*
>*Byrraju Ramlinga Raju, and Srinivas Vadlamani*

Dated: July 18, 2011
       New York, New York

                                        /s/ Brian Sutherland
                                        Brian A. Sutherland
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        399 Park Avenue
                                        New York, New York 10022
                                        Tel:  (212) 230-8800
                                        Fax:  (212) 230-8888
                                        brian.sutherland@wilmerhale.com