# WILMERHALE

July 14, 2011

**By Hand**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/11
```

Fraser L. Hunter, Jr.

+1 212 230 8882(t)
+1 212 230 8888(f)
fraser.hunter@wilmerhale.com

The Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re Satyam Computer Services Ltd. Securities Litigation*, No. 09 MD 2027 (BSJ)

Dear Judge Jones:

    This firm represents defendants PricewaterhouseCoopers Private Ltd., Price Waterhouse, and Lovelock & Lewes (the "PW India Defendants") in the above-mentioned litigation. By stipulated order filed March 9, 2011 [dkt. no. 258], this Court directed the PW India Defendants to respond to a second amended complaint filed by Plaintiff Aberdeen Claims Administration, Inc. ("Aberdeen") no later than 60 days after March 4, 2011, or May 3, 2011. The Court subsequently granted PW India Defendants' request for permission to file two 25-page briefs: one supporting a motion to dismiss the second amended complaint on *forum non conveniens* grounds (the "*forum non conveniens* motion"), and a second supporting a motion pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act (the "PSLRA motion") [dkt. no. 320]. Aberdeen filed its omnibus opposition brief on June 17, 2011 [dkt. no. 327]. With this letter, we respectfully request leave to file a 10-page reply brief in further support of the *forum non conveniens* motion, and a 12-page reply brief in further support of the PSLRA motion.

    We have spoken with counsel for Aberdeen and they do not oppose this request.

Respectfully submitted,

*Fraser Hunter/bas*

Fraser L. Hunter, Jr.

cc: Service List (by email)

Application granted.

SO ORDERED
Dated:

*Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.

7/19/11

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington