UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re Satyam Computer                       Case No. 09md2027 (BSJ)
Securities Litigation

--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Daniel J. O'Neill
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DO-5320    My State Bar Number is 4203485

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: DAVIS POLK & WARDWELL LLP
            FIRM ADDRESS: 450 LEXINGTON AVE., NY, NY 10017
            FIRM TELEPHONE NUMBER: (212) 450-4000
            FIRM FAX NUMBER: (212) 701-5800

NEW FIRM:   FIRM NAME: Macht, Shapiro, Arato & Isserles LLP
            FIRM ADDRESS: 1114 Avenue of the Americas, 45th Fl., NY, NY 10036
            FIRM TELEPHONE NUMBER: (212) 479-6724
            FIRM FAX NUMBER: (212) 202-6417

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[✓] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 19, 2011

ATTORNEY'S SIGNATURE