

**Macht, Shapiro, Arato & Isserles LLP**

The Grace Building
1114 Avenue of the Americas, 45th Floor
New York, NY 10036

212-479-6724 (p)
212-202-6417 (f)

www.machtshapiro.com

Daniel J. O'Neill
doneill@machtshapiro.com
Direct: 212-479-6733

August 9, 2011



**Via U.S. First Class Mail**

Hon. Barbara S. Jones
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    In re: Satyam Computer Services, Ltd., Securities Litigation,
                09 MD 2027 (BSJ), and all related actions

Dear Judge Jones:

      I am currently indicated on the dockets for the above-referenced actions as counsel of record for defendant PricewaterhouseCoopers LLP. I represented PwC US when I was associated with Davis Polk & Wardwell LLP, but while Davis Polk continues to represent PricewaterhouseCoopers LLP in these actions, neither I nor my present firm, Macht, Shapiro, Arato & Isserles LLP, currently do (see Docket # 351). Accordingly, I respectfully request that the Court direct the Clerk to remove me as counsel of record for PricewaterhouseCoopers LLP from the dockets and from the ECF distribution lists for these actions.

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    Daniel J. O'Neill

Application granted.

SO ORDERED
Dated:
                BARBARA S. JONES
                U.S.D.J.

8/15/11