UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | No. 09-MD-2027-BSJ |

**DECLARATION OF LOUIS GOTTLIEB IN FURTHER SUPPORT OF
(I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED
CLASS ACTION SETTLEMENTS WITH DEFENDANTS SATYAM COMPUTER
SERVICES LTD. AND THE PWC ENTITIES AND THE PROPOSED PLAN OF
ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, LOUIS GOTTLIEB, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP ("Labaton"). I am admitted to practice before this Court. I have personal knowledge of the matters set forth herein.

2. Labaton, together with the law firms of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), Grant & Eisenhofer P.A. ("G&E"), and Kessler Topaz Meltzer & Check, LLP ("KTMC") are the Court-appointed lead counsel ("Lead Counsel") for the Court-appointed lead plaintiffs the Public Employees' Retirement System of Mississippi, Mineworkers' Pension Scheme, SKAGEN AS, and Sampension KP Livsforsikring A/S (collectively, "Lead Plaintiffs") and the Class and named plaintiff International Brotherhood of Electrical Workers Local Union #237 ("IBEW") and class representative for the Sub-Classes, Brian F. Adams ("Adams"), in this consolidated securities class action lawsuit (the "Action").

3. On August 23, 2011, I received an objection from John N. Pavlis in the mail. A true and correct copy of this objection, with personal information redacted, is attached hereto as Exhibit 1.

4. I have not received any other objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2011.

LOUIS GOTTLIEB

# EXHIBIT 1

UNITED STATES DISTRICT COURT

IN THE SOUTHERN DISTRICT OF NEW YORK

IN RE: SATYAM COMPUTER SERVICES LTD.
SECURITIES LITIGATION

CASE NO: 09-MD-2027-BSJ

_____/

| | |
|---|---|
| **LEAD PLAINTIFF** | **SETTLING DEFENDANT (SATYAM)** |
| **LABATON SUCHAROW LLP** | **JONES DAY** |
| Louis Gottlieb | Jayant W. Tambe |
| 140 Broadway | 222 East 41st Street |
| New York, NY 10005 | New York, NY 10017 |
| | |
| | **PwC ENTITIES** |
| | **WILMER HALE LLP** |
| | Fraser L. Hunter, Jr. |
| | 399 Park Avenue |
| | New York, NY 10022 |

_____/

## OBJECTION TO PROPOSED SETTLEMENT

Now Comes JOHN N. PAVLIS and for OBJECTION TO PROPOSED SETTLEMENT in the above matter, and states as follows:

1. That JOHN N. PAVLIS is a duly licensed attorney, authorized to practice law in the State of Michigan and duly admitted to practice law in the United States Federal Courts.

2. That this OBJECTION TO PROPOSED SETTLEMENT is made in Proper Person as JOHN N. PAVLIS, is a member of the class affected by the Proposed Settlement as verified by

1

the attached Ameritrade Brokerage Account statement, attached hereto and made a part hereof.

3. That the this OBJECTION is made for two separate and distinct reasons.

    A. That the first reason for the OBJECTION is that the compensation to be paid to the damaged Claimants in not only excessively small, it borders upon the ridiculous. Further but for the Attorneys' fees requested as hereinafter set forth, the amount to the damaged Claimant should be at the least, twice what is proposed in the Notice.

    B. The second reason for the OBJECTION is that the attorneys have porposed outlandish and highly confiscatory fees; they are requesting 17% of each Settlement Fund; what is so magic about 17% and why shouldn't they be limited to 5% based on the hourly rate of the staff involved in the work. Legal or clerical

4. If the Court allows the fees suggested by the attorneys, then, in that event, the Court will be participating in the fleecing of the public and will only serve to further inflame the public feelings not only about Wall Street, but about attorneys who operate in that venue.

5. The Court must put a stop to this highway robbery and rule in favor of granting the Claimants a greater portion of the Settlement and not be persuaded by attorneys that the attorneys' fees proposed are fair and reasonable, as they are neither.

WHEREFORE, JOHN N. PAVLIS, prays that this Honorable Court deny the Settlement as proposed by the attorneys as it is highly unfair to all Claimants and decidedly slanted in favor of the attorneys who are requesting fees that are not only exorbitant, but more that the proposed fees and the small amount suggested for the Claimants shock the conscience.

Dated:   August 17, 2011

                                              JOHN N. PAVLIS

Prepared by;

John N. Pavlis (P18724)
Attorney at Law
110 W. Court St.
Flint, MI 48502
(810) 238-0780

2

**AMERITRADE Apex**

PO Box 733
Bensalem, PA 19020-0733

Please do not send correspondence or deposits to the above address

T7-013555975    023788 119 23788
JOHN N PAVLIS &
PATRICIA C PAVLIS TEN ENT

Tax Identification Number:
Account Number:
User Name: PAVLIS JOH

Your Representative:
AMERITRADE
DIVISION OF AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

For 1099 questions, please call:
888-871-9007

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Ameritrade, Inc., Federal Tax Identification Number: 47-0633629

**Form 1099-DIV Dividends and Distributions** (OMB No: 1545-0110)

| Line # | Category | Amount |
|---|---|---|
| 1a | Total Ordinary Dividends | $ 80.00 |
| 1b | Qualified Dividends | 80.00 |
| 2a | Total Capital Gain Distributions (Includes Line 2b, 2c, 2d) | 0.00 |
| 2b | Unrecaptured Section 1250 Gain | 0.00 |
| 2c | Section 1202 Gain | 0.00 |
| 2d | Collectibles (28% Gain) | 0.00 |
| 3 | Nontaxable Distributions | 0.00 |
| 4 | **Federal Income Tax Withheld** | 0.00 |
| 5 | Investment Expenses | 0.00 |
| 6 | Foreign Tax Paid | 0.00 |
| 7 | Foreign Country Or U.S. Possession | See Details |
| 8 | Liquidation Distribution - Cash | 0.00 |
| 9 | Liquidation Distribution - Noncash | 0.00 |

**Form 1099-B Proceeds From Broker & Barter Exchange Transactions** (OMB No: 1545-0715)

| Line # | Category | Amount |
|---|---|---|
| 1a | Date of Sale or Exchange | See Details |
| 1b | CUSIP No. | See Details |
| 2 | Stocks, Bonds, Etc. Reported To IRS - Gross Proceeds Less Commissions and Options Premiums | 194,194.10 |
|  |  | 0.00 |
| 4 | **Federal Income Tax Withheld** | 12,069 |
| 5 | No. of Shares Exchanged | See Details |
| 6 | Classes of stock exchanged | See Details |
| 7 | Description | |
|  | REGULATED FUTURES CONTRACTS | |
| 8 | Profit or (loss) realized in 2004 | 0.00 |
| 9 | Unrealized profit or (loss) on open contracts - 12/31/03 | 0.00 |
| 10 | Unrealized profit or (loss) on open contracts - 12/31/04 | 0.00 |
| 11 | **Aggregate profit or (loss)** | 0.00 |



023788 054695



AME100R

January 27, 2005    177-295276    Page 1 of 6

# AMERITRADE Apex

## Supplemental Tax Information Section
This section contains valuable tax reporting information that is not provided to the Internal Revenue Service.

### MARGIN INTEREST CHARGED

| DESCRIPTION | INFORMATION | AMOUNT |
|---|---|---|
| INTEREST DEBIT (01/01/04 - 12/31/04) | | $ 1,859.36 |
| TOTAL MARGIN INTEREST CHARGED | | $ 1,859.36 |

### PURCHASES (TRADE DATE 2004)

| DATE | DESCRIPTION | CUSIP | INFORMATION | QUANTITY | AMOUNT |
|---|---|---|---|---|---|
| 01/05/04 | | | | | |
| 01/05/04 | | | | | |
| 01/06/04 | | | | | |
| 01/07/04 | | | | | |
| 01/14/04 | SATYAM COMPUTER SERVICES LTD COM | 804098101 | BUY | 100 | 2,610.99 |
| 01/14/04 | | | | | |
| 01/20/04 | | | | | |
| 01/20/04 | SATYAM COMPUTER SERVICES LTD COM | 804098101 | BUY | 100 | 2,236.99 |
| 01/21/04 | SATYAM COMPUTER SERVICES LTD COM | 804098101 | BUY | 100 | 2,340.99 |
| 01/21/04 | | | | | |
| 01/21/04 | | | | | |
| 01/28/04 | | | | | |
| 01/30/04 | SATYAM COMPUTER SERVICES LTD COM | 804098101 | BUY | 150 | 3,802.99 |
| 02/18/04 | | | | | |
| 02/27/04 | | | | | |
| 03/08/04 | | | | | |
| 03/08/04 | | | | | |
| 03/30/04 | | | | | |
| 04/02/04 | | | | | |
| 04/02/04 | | | | | |
| 04/05/04 | | | | | |
| 05/04/04 | | | | | |
| 05/07/04 | SATYAM COMPUTER SERVICES LTD COM | 804098101 | BUY | 145 | 2,983.49 |
| 05/12/04 | | | | | |
| 05/27/04 | | | | | |
| 05/27/04 | | | | | |

January 27, 2005    177-295276    Page 5 of 6    023788 084597

AME100R



METROPLEX MI 480
17 AUG 2011 PM 1 T

LABATON SUCHAROW LLP
Louis Gottlieb
140 Broadway
New York, NY 10005

JOHN N. PAVLIS
ATTORNEY AT LAW
110 W. COURT STREET
FLINT, MICHIGAN 48502