UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION | No. 09-MD-2027-BSJ |

**SUPPLEMENTAL AFFIDAVIT OF ERIC J. MILLER REGARDING
(A) MAILING OF THE NOTICE AND PROOF OF CLAIM AND
(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF PALM BEACH    )

ERIC J. MILLER, being first duly sworn, deposes and says:

1. I am a Managing Senior Project Administrator at Rust Consulting, Inc. ("Rust"), the Claims Administrator retained by Lead Plaintiffs and approved by the Court in the above-titled action.

2. I previously executed an affidavit that was subsequently filed with the Court ("Mailing Affidavit"), testifying to, among other things, the mailing of the Notice of (I) Pendency of Class Action; (II) Proposed Settlements with Satyam Computer Services Ltd. and the PwC Entities; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (the "Notice") and Proof of Claim and Release form ("Proof of Claim") (together, the "Notice Packet") and requests for exclusion from the Class received at that point in time. I respectfully submit this supplemental affidavit in order to provide the Court with updated information regarding the mailing of Notice Packets and the requests for exclusion from the Class received to date. I am over 21 years of age and am not a party to this action. I have

personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### MAILING OF THE NOTICE AND PROOF OF CLAIM

3. Since the execution of the Mailing Affidavit, Rust has continued to receive requests from potential Class Members, brokers and other nominees for copies of the Notice Packet. As a result, additional Notice Packets have been disseminated such that as of August 29, 2011, Rust has disseminated a total of 208,044 Notice Packets to potential Class Members.

### REQUESTS FOR EXCLUSION

4. The Notice informs Class Members that in order to be excluded from the Class, a letter requesting exclusion must be mailed to Rust such that it is received no later than August 19, 2011. The Notice also explains what each request for exclusion must include to be valid.

5. As of August 29, 2011, Rust has received six requests for exclusion. Attached hereto as Exhibit A is a copy of each of these requests for exclusion, with any personal identification information redacted.

### OBJECTIONS

6. The Notice informs Class Members that objections are to be filed with the Clerk of the Court and copies received by Lead Plaintiffs' Counsel and Settling Defendants' Counsel no later than August 19, 2011. Although objections are not to be sent to Rust, nevertheless, as part of its standard procedures, Rust personnel examine all mail received to search for objections. As of August 29, 2011, Rust has received no objections.

I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Eric J. Miller

Sworn to before me this
30th day of August, 2011

_____
Notary Public



ERIC P. LACHANCE
MY COMMISSION # DD 911248
EXPIRES: November 25, 2013
Bonded Thru Notary Public Underwriters