## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011 attached **Reply Memorandum of Law in Further Support of Plaintiffs' Motions for Final Approval of Settlement and for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, Declaration of Louis Gottlieb and Supplemental Affidavit of Eric Miller in support of the motions** were served via overnight mail on

> John N. Pavlis
> Attorney at Law
> 110 W. Court St.
> Flint, Michigan 48502

*/s/ Alexandra Carpio*
Alexandra Carpio
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501