UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SATYAM COMPUTER SERVICES LTD. SECURITIES LITIGATION<br><br>This document applies to: All cases | No. 09-MD-2027-BSJ<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Matthew S. Chow of the law firm of Jones Day, a duly admitted member of this Court in good standing, hereby appears as counsel on behalf of Satyam Computer Services Ltd. in the above-captioned action, and respectfully requests that copies of all papers in this action be served on the undersigned:

Dated: New York, New York
September 14, 2011

JONES DAY

By: */s/ Matthew S. Chow*
Matthew S. Chow
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
mchow@jonesday.com

*Counsel for Satyam Computer Services Ltd.*

NYI-4398572v1

**CERTIFICATE OF SERVICE**

I, Matthew S. Chow, hereby certify that on September 14, 2011, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record via ECF.

Dated: New York, New York
September 14, 2011

/s/ Matthew S. Chow
Matthew S. Chow

NYI-4398572v1