UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2013

| | | |
|---|---|---|
| IN RE SATYAM COMPUTER SERVICES LIMITED SECURITIES LITIGATION. | : | 1:09-md-2027-BSJ |
| This document applies to: 1:10-cv-02877-BSJ | : | ECF Case |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Aberdeen Claims Administration, Inc., hereby voluntarily dismisses this action without prejudice as to Defendants Ramalinga Raju, B. Rama Raju, Srinivas Valdlamani, S. Gopalakrishnan, and Srinival Talluri only.

/s/ Joseph T. Kelleher
Keith R. Dutill
William E. Mahoney, Jr.
Neal R. Troum
Joseph T. Kelleher
STRADLEY, RONON, STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7098
(215) 564-8000

*Attorneys for Plaintiff, Aberdeen Claims Administration, Inc., as Trustee for Aberdeen Claims Trust and Aberdeen Claims Trust II*

Dated: June 24, 2013

**SO ORDERED:**

J. PAUL OETKEN
U.S.D.J.
6/26/13