USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 28 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

ABERDEEN CLAIMS ADMINISTRATION, INC.,

Plaintiff,

vs.

SATYAM COMPUTER SERVICES LIMITED ET AL,

Defendant.

---------------------------------------------------------- X

10 Cv. 2877 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Several motions in this case have been rendered moot by subsequent actions which have yielded a proposed distribution plan (09 Md. 2027, Dkt. No. 396). Accordingly, the motions at the following docket entries for 10 Cv. 2877 are denied as moot: 29, 32, 34, 38, 54, 73, 75, 77, 83, 85, 87, 96, 98, 101, 106, and, 109. The Clerk of the Court is directed to terminate the motions enumerated above.

SO ORDERED.

Dated: New York, New York
August 28, 2013

J. PAUL OETKEN
United States District Judge